1  ROBERT J. YORIO (SBN 93178)
   yorio@carrferrell.com
2  JAMES W. LUCEY (SBN 160808)
   jlucey@carrferrell.com
3  CARR & FERRELL *LLP*
4  2200 Geng Road
   Palo Alto, California 94303
5  Telephone: (650) 812-3400
   Facsimile:  (650) 812-3444
6
7  Attorneys for Defendant
   TREND MICRO INCORPORATED
8

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11

12  BLUEGEM SECURITY, INC. a          CASE NO.
    Delaware corporation,             CV09-01492 ODW (JWJx)
13
                Plaintiff,
14
        v.
15                                    **NOTICE OF REMOVAL
                                      OF CIVIL ACTION**
16  TREND MICRO INCORPORATED, a
    Japanese corporation; and DOES 1-5,
17
                Defendants.
18

19

20       TO THE CLERK OF THE ABOVE-ENTITLED COURT:

21       PLEASE TAKE NOTICE that Defendant Trend Micro Incorporated ("Trend

22  Micro") hereby removes to the United States District Court for the Central District of

23  California the state court action described below.  This removal is based on the

24  diversity of the parties' citizenship under 28 U.S.C. § 1332 pursuant to the provisions

25  of 28 U.S.C. § 1441(b).

26  ///

27  ///

28  ///

{00362899v1}                          -1-

**TIMELINESS OF REMOVAL**

1.    On or about January 30, 2009, plaintiff BlueGem Security, Inc. ("BlueGem") filed an action in the Superior Court for the State of California, County of Los Angeles, entitled *BlueGem Security, Inc. v. Trend Micro Incorporated*, and Does 1-5, Case No. BC406717.  Los Angeles County is within this judicial district.

2.    The Complaint was mailed to Trend Micro on February 2, 2009.  On February 25, 2009, Trend Micro's counsel delivered a letter to counsel for BlueGem which stated that Trend Micro would accept service of the Complaint.  Because Trend Micro only agreed to accept service of the Complaint as of the delivery of the February 25, 2009 letter, thirty days since the service of the Complaint has not yet expired and therefore this notice of removal is timely under 28 U.S.C. § 1446(b). See *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999) (thirty-day removal period runs from formal service of summons and complaint). The Complaint was the first pleading, notice, order, or other paper from which it could be ascertained that the case is removable.

**JURISDICTIONAL BASIS FOR REMOVAL**

3.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of a state in the United States and a foreign state.  The matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because it is facially apparent from the allegations in the Complaint that BlueGem's claim for damages exceeds $75,000.  Specifically, BlueGem alleges in its Complaint at Paragraphs 14 and 15 that according to the final Distribution Agreement that was executed in or around January of 2007, Trend Micro obtained from BlueGem a license to use licensed software in Trend Micro's consumer products.  BlueGem then alleges that Trend Micro put the licensed software into products that have generated well over

Notice of Removal of Civil Action

$100 million dollars.  BlueGem's Complaint alleges that Trend Micro breached the 1997 final Distribution Agreement.  A copy of BlueGem's Complaint is attached hereto as Exhibit "A".

4.      Defendant Trend Micro is informed and believes that plaintiff BlueGem was, and still is, a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of California.  Defendant Trend Micro was, at the time of the filing of this action, and still is, a corporation incorporated under the laws of the Country of Japan, having its principal place of business in the Country of Japan, and is the only defendant that has been served with the summons and complaint in this action.

### COMPLIANCE WITH OTHER REQUIREMENTS FOR REMOVAL

5.      Trend Micro has attached all pleadings, process, and orders from the state court action, as follows:

Exhibit "A":  Complaint for: (1) Breach of Contract; (2) Declaratory Relief; (3) Misappropriation of Intellectual Property Rights; (4) Conversion; and (5) Unfair Competition

Exhibit "B":  Summons

Exhibit "C":  Civil Case Cover Sheet; Civil Case Cover Sheet Addendum and Statement of Location

Exhibit "D":  Notice of Case Assignment and ADR Information

WHEREFORE, Trend Micro prays that the above action now pending against it in the Superior Court of the State of California for the County of Los Angeles be removed to this Court. This Notice of Removal is made in accordance with the provisions of Rule 11 of the Federal Rules of Civil Procedure.

///

///

///

1    Dated:  February 27, 2009      CARR & FERRELL *LLP*

2

3                      By: _____

4                         ROBERT J. YORIO

5                         JAMES W. LUCEY

6                      Attorneys for Defendant
                       TREND MICRO INCORPORATED

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{00362899v1}

-4-

Notice of Removal of Civil Action

# Exhibit A

1  Ekwan E. Rhow - State Bar No. 174604
        eer@birdmarella.com
2  Eric E. Bronson - State Bar No. 110279
        eb@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT,
        NESSIM, DROOKS & LINCENBERG, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
   Attorneys for Plaintiff BlueGem Security,
7  Inc.

8

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

· JAN 3 0 2009

John A. Clarke, Executive Officer/Clerk

BY MARY GARCIA, Deputy

9              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10            **FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT**

11                                          $BC406717$

12 BLUEGEM SECURITY, INC., a          CASE NO.
   Delaware corporation,
13                                     **COMPLAINT FOR:**
                Plaintiff,
14                                     **(1) BREACH OF CONTRACT;**
         vs.                          **(2) DECLARATORY RELIEF;**
15                                     **(3) MISAPPROPRIATION OF**
   TREND MICRO INCORPORATED, a            **INTELLECTUAL PROPERTY**
16 Japanese corporation; and DOES 1-5,    **RIGHTS;**
                                       **(4) CONVERSION; and**
17              Defendants.            **(5) UNFAIR COMPETITION**

18

19         Plaintiff BlueGem Security, Inc. ("BGS"), alleges:

20                          **THE PARTIES**

21         1.      Plaintiff BGS is a Delaware corporation incorporated under the laws of

22 Delaware, with its principal place of business in Sunnyvale, California.

23         2.      On information and belief, defendant Trend Micro Incorporated ("TMI") is

24 incorporated under the laws of Japan, with its principal place of business and headquarter

25 located at Shinjuku MAYNDS Tower, 1-1 Yoyogi 2-Chrome, Shibuya-Ku, Tokyo, Japan.

26 TMI maintains its SMB office at 1055 E. Colorado Blvd., Suite 550, Pasadena, California.

27         3.      The true names and capacities of defendants Does 1 through 5, inclusive,

28 whether individual, corporate, associate or otherwise, are unknown to BGS, who therefore

258605.1

1   sues these defendants by such fictitious names.  BGS will amend this complaint to show

2   the true names and capacities of those defendants after they have been ascertained.  BGS is

3   informed and believes, and on that basis alleges, that each of the fictitiously named

4   defendants is responsible in some manner for the occurrences alleged in this complaint and

5   that BGS's damages as alleged in the complaint were proximately caused by the acts or

6   omissions of such defendants.

7       4.      BGS is informed and believes, and on that basis alleges, that each of the

8   defendants, including each fictitiously named defendant, is, and at all relevant times was,

9   the agent or employee of the remaining defendants and was acting within the course, scope

10  and authority of that agency or employment.

11                          **SUMMARY OF CLAIMS**

12      5.      BGS seeks immediate injunctive relief to halt TMI's improper and ongoing

13  use of BGS' proprietary keystroke encryption security software known as Local SSL-Pro

14  for Trend Micro Edition (hereinafter, "Licensed Software").  The Licensed Software was

15  licensed to TMI in or about January 2007 for distribution as part of TMI's software

16  products to various end user consumers, pursuant to a Software Distribution Agreement

17  (hereinafter, "Distribution Agreement"), a copy of which is attached hereto as Exhibit 1.

18      6.      Based upon an agreed upon flat fee structure, BGS acquired the rights to use

19  the Licensed Software in its products for end user consumers operating specified versions

20  of Microsoft Internet Explorer, Microsoft Windows and, when available, Microsoft Vista.

21  The particular versions of these client systems to be supported are set forth in Exhibit A of

22  the Distribution Agreement.  In particular, with respect to Microsoft Internet Explorer,

23  Exhibit A specified that the Licensed Software would support versions 5.x, 6.x and 7.x.

24  (At the time the Distribution Agreement was executed, the future development and

25  availability schedule of version 8.x had not yet announced.)

26      7.      The Distribution Agreement restricted TMI's use of the Licensed Software to

27  TMI's "Consumer Products," which the Distribution Agreement defines as those that were

28  "designed for use by consumers or small businesses or for home offices").  Exhibit 1, Par.

1.13.  The Distribution Agreement also contained an express prohibition on reverse engineering.  Paragraph 3.2(a) provided, as follows:  "No Reverse Engineering.  Except to the extent allowed by applicable law or as provided in this Agreement, Trend Micro shall not reverse assemble, decompile, reverse engineer or otherwise attempt to derive source code from the Licensed Software, or knowingly allow any unauthorized third party to use the Licensed Software."

8.  BGS is informed and believes that TMI is, without authorization and in violation of the Distribution Agreement, among other things (1) using the Licensed Software in applications utilizing Microsoft Internet Explorer 8.x, (2) using the Licensed Software in TMI products, such as Worry-Free Business Security ("WFBS"), that are sold and marketed to end users other than "consumers or small businesses or for home offices" and (3) attempting to reverse engineer the source code from the Licensed Software.  Without immediate injunctive relief, TMI will be able to use the Licensed Software in a manner not contemplated by the Distribution Agreement and for which it paid no compensation, which will also cause irreparable harm to BSG's efforts to market and sell its products to competing software suppliers, as TMI will have an unfair advantage over all of its competitors by taking for free what its competitors would have to pay for.

9.  BGS, therefore, seeks:  to enjoin TMI from (1) using the Licensed Software in applications utilizing operating systems or browsers not specified in Exhibit A, including Microsoft Internet Explorer 8.x, (2) using the Licensed Software in TMI products, such as Worry-Free Business Security ("WFBS"), that are sold and marketed to end users other than "consumers or small businesses or for home offices" and (3) attempting to reverse engineer the source code from the Licensed Software.  BGS also seeks an award of money damages, in an amount to be proven at trial, but which certainly exceeds the $25,000 minimum jurisdictional amount of this court.

## BGS AND ITS PROPRIETARY TECHNOLOGY

10.  BGS is a security software company.  It invested substantial time and money in developing its confidential information relating to keystroke encryption security

1 software. This software was unique in its ability to encrypt each keystroke at the keyboard

2 as it is entered, thus eliminating the possibility that hackers could use various malware and

3 malicious software to intercept the keystrokes such as user ID and password at the browser

4 or operating system. BGS has gone to great lengths to maintain the secrecy of the source

5 code for its keystroke encryption security software and has not shared this source code

6 with any licensor of the software (in a few instances, such as pursuant to the Distribution

7 Agreement with TMI, BGS has followed standard industry practice and deposited the

8 source code with a third party escrow company with strict limitations on the circumstances

9 under which the source code could be released—none of which has yet occurred).

10      11.     As a result of BGS's efforts, its software has become sought after. In or

11 around June 2006, BGS and TMI began discussing the potential for TMI to license BGS'

12 keystroke encryption security software for use in TMI's consumer products. TMI made a

13 low flat fee licensing offer to BGS, arguing that BGS's keystroke encryption security

14 software had not yet gained market popularity or acceptance in the U.S. BGS ultimately

15 accepted the low flat fee payments, with very low annual maintenance payments, because

16 of the long-term marketing benefits that a limited license to TMI could provide to a small

17 company like BGS. BGS also understood that once TMI, and the rest of the market, saw

18 first hand the quality and effectiveness of the Licensed Software, it would be able to obtain

19 a more appropriate fee for future licenses to others, and also to TMI for browsers and/or

20 operating systems not expressly covered by the Distribution Agreement.

21      12.     After a series of initial discussions and the parties had reached a consensus

22 on the broad outlines of their relationship, TMI prepared an initial draft of the Distribution

23 Agreement, which it sent to BGS on or about November 10, 2006. This initial draft was

24 prepared entirely by TMI, and specified that the license would apply to, among other

25 operating systems and browsers, Microsoft Internet Explorer versions 5.x and 6.x. After

26 further negotiations, BGS agreed to include in the license the right to use its keystroke

27 encryption security software on TMI's products sold to end users utilizing Microsoft

28 Internet Explorer 7.x. In fact, there was never any discussion, nor any intention, of

4

COMPLAINT

1   including any not-yet-released future versions of any of the operating systems/browsers

2   specified in Exhibit A of the Distribution Agreement, with the exception of the about-to-

3   be-released Microsoft Vista, as to which a separate payment structure and schedule had

4   been agreed upon.

5         13.    In addition, although the parties' initial discussions had focused on TMI

6   obtaining a license to use the Licensed Software only in products for its consumer

7   customers (as opposed to business customers), BGS ultimately agreed to allow the license

8   to cover TMI's "Consumer Products," which the Distribution Agreement defines as those

9   that were "designed for use by consumers or small businesses or for home offices". In

10   other words, TMI obtained a right to market and sell its products to consumers, as well as

11   to small businesses and home offices, but not to any medium or large businesses.

12   Although the Distribution Agreement does not define exactly how big a business can be

13   and still be considered small, BGS is informed and believes that within the software

14   industry the term "small business" is understood to mean a business with up to 50 users or

15   devices and the term "medium business" is understood to mean a business of 50 to 250

16   users or devices. (For example, BGS is informed and believes that Microsoft Corporation,

17   the industry leader, uses these definitions in its marketing materials and website. See

18   Exhibit 2.) (At a maximum, TMI itself markets its "small business" products to those with

19   fewer than 75 users or devices and its "medium business" products to those with fewer

20   than 300 users or devices. See attached Exhibit 3.)

21         14.    The final Distribution Agreement was executed in or around January 2007.

22   It provided that in exchange for approximately $225,000 the first year and $235,000 each

23   remaining year, TMI obtained a license to use the Licensed Software in its Consumer

24   Products (as defined in Par. 1.13) for customers utilizing the specified operating systems

25   and browsers (which, with regard to Microsoft Internet Explorer, included only versions

26   5.x, 6.x and 7.x). TMI also promised in writing not to attempt to reverse engineer the

27   Licensed Software.

28         15.    BGS is informed and believes that the software into which TMI has

1   incorporated BGS's Licensed Software has been a worldwide commercial success for
2   TMI. Not only has TMI incorporated the Licensed Software into numerous products
3   available here in the United States, but, on information and belief, since approximately
4   September 2008, also into its product lines in Japan (known there as "Virus Buster 2009"),
5   which is TMI's main market and where TMI generates at least US $100 million dollars
6   annual revenue from the Virus Buster product. BGS is informed and believes that TMI put
7   the Licensed Software into the Japanese Virus Buster 2009 product only after seeing how
8   popular and reliable it was in the products offered in non-Japanese markets. On
9   information and belief, while the sales of non-Japanese TMI products incorporating the
10  Licensed Software have totaled in excess of $40 million and BGS believes that sales of
11  TMI products incorporating the Licensed Software in 2009 will further increase due to the
12  Japanese market.   (In addition, the popularity of BGS's technology has assisted TMI in
13  being awarded a $6 million contract from TD Ameritrade in 2008. BGS is informed and
14  believes that TMI products containing the Licensed Software has been provided to
15  approximately 7 million customers of TD Ameritrade, some of whom are likely to be using
16  operating systems or browsers, including Microsoft Internet Explorer 8.0, not authorized
17  by Exhibit A of the Distribution Agreement.)  In addition, various officers and
18  representatives of TMI have informed BGS that the Licensed Software performed
19  flawlessly and that the keystroke encryption was among the most popular features among
20  TMI's customers who used products containing the Licensed Software. Despite all of this,
21  BGS has received less than $500,000 in total from TMI.

22          16.    In or around April 2008, TMI approached BGS about acquiring a license to
23  use BGS's keystroke encryption security software in TMI products sold and marketed to
24  end users operating Mozilla Firefox browsers. TMI was clearly aware Exhibit A of the
25  Distribution Agreement did not convey a license for use of the Licensed Software for the
26  Firefox browser. Given that TMI's previous argument that BGS's keystroke encryption
27  security software had not yet proved itself in the market was now demonstrably false, BGS
28  indicated that it would need to receive appropriate compensation for the requested license.

1    BGS informed TMI that the requested license would cost TMI $3 million per year. Rather

2    than come to terms with BGS over price, BGS is informed and believes that TMI decided

3    it would be cheaper to reverse engineer the Licensed Software, despite the fact that such

4    conduct is prohibited by the Distribution Agreement. BGS is informed and believes that,

5    pursuant to direct orders from TMI's General Manager and Vice President of Corporate

6    Development, Mr. Punit Minocha, TMI did indeed engage one or more persons to reverse

7    engineer the Licensed Software and that such activities may still be continuing  (As just

8    one example, BGS is informed and believes that Sunsa Lue was directed by Mr. Minocha

9    to attempt to obtain further technical information from BGS itself to assist these reverse

10   engineering efforts; one such attempt is evidenced by Mr. Lue's June 8, 2008 email to

11   BGS' President, a copy of which is attached as Exhibit 4)

12          17.    BGS is also informed and believes that TMI and TMI's reseller partners have

13   marketed and sold products containing the Licensed Software to medium and large

14   business, despite the limitation in the Distribution Agreement that such products only be

15   sold to "consumers or small businesses or for home offices." One such product is TMI's

16   WFBS, which is described by TMI's and its partners' own marketing materials as suitable

17   for small and "medium businesses." See attached Exhibits 3 and 5 ("SMB" is commonly

18   known in software marketing terminology as referring to small and medium businesses).

19          18.    In addition, BGS recently became aware that some TMI customers were

20   apparently using TMI products containing the Licensed Software on beta-versions of

21   Microsoft Internet Explorer 8.0, despite the fact that Exhibit A of the Distribution

22   Agreement limits the license to versions 5.x, 6.x and 7.x.

23          19.    On or about November 11, 2008, BGS initiated the Dispute Resolution

24   process set forth in Par. 16.1 of the Distribution Agreement by sending a letter to TMI's

25   Business Development Manager, Arthur Vardanyan. A true and correct copy of this letter

26   is attached as Exhibit 5.

27          20.    Subsequent to this dispute letter, business representatives conferred but were

28   unable to reach a resolution. Pursuant to the process set forth in the Distribution

258605.1

7

COMPLAINT

1   Agreement, officers of BGS and TMI then conferred.  This process concluded on

2   January 21, 2009, when the officer of TMI informed the officer of BGS that TMI was

3   unwilling to pay BGS an appropriate license fee to cover the uses BGS claims are non-

4   licensed.  The officer of TMI specifically informed the officer of BGS that TMI intended

5   to market and sell its products containing the Licensed Software to end users utilizing

6   Microsoft Internet Explorer 8.x.  The officer of TMI also did not specifically deny that

7   TMI had attempted to reverse engineer the source code for the Licensed Software.  Based

8   upon the officer of TMI's statements, it is clear that TMI intends to continue to use of the

9   Licensed Software in an unauthorized manner unless enjoined from doing so.

10          21.     Accordingly, BGS seeks relief from the Court in the form of immediate

11  temporary, preliminary, and permanent injunctions to enjoin TMI from: (1) using the

12  Licensed Software in any product used by an end user on any operating system or browser

13  other than those specified in Exhibit A of the Distribution Agreement, including Microsoft

14  Internet Explorer 8.x and (2) using the Licensed Software in TMI products, such as Worry-

15  Free Business Security ("WFBS"), that are sold and marketed to end users other than

16  "consumers or small businesses or for home offices" and (3) attempting to reverse

17  engineer the source code from the Licensed Software; and an award of money damages in

18  an amount to be proven at trial from reverse engineering the source code from the

19  Licensed Software.

20          22.     BGS also seek additional relief from the Court in the form of: (1) a

21  declaratory judgment that the Distribution Agreement between BGS and TMI does not

22  include a license for use with any operating system or browser other than those specified in

23  Exhibit A, including Microsoft Internet Explorer 8.x; (2) a finding that TMI breached the

24  Distribution Agreement by its unauthorized use of the Licensed Software in products sold

25  to end users with operating systems or browsers other than those specified in Exhibit A;

26  (3) a finding that TMI breached the Distribution Agreement by its unauthorized use of the

27  Licensed Software in products sold to end users who were not "consumers or small

28  businesses or for home offices"; (4) a finding that TMI breached the Distribution

8

COMPLAINT

1  Agreement by attempting to reverse engineer the Licensed Software; and (5) an award of

2  damages, subject to proof, for breach of contract, conversion, and violation of trade secret

3  and unfair competition laws.

4  ### FIRST CAUSE OF ACTION

5  ### (Breach of Contract Against Defendant TMI)

6        23.     BGS repeats and incorporates by reference the allegations set forth in

7  paragraphs 1 through 22.

8        24.     In or about January 2007, BGS and TMI entered into the Distribution

9  Agreement, a written and fully integrated contract pursuant to which TMI was granted a

10  nonexclusive, irrevocable, worldwide license to reproduce, have reproduced and use

11  certain specified keystroke encryption security software developed and owned by BGS.

12  The software is commonly identified as "Local SSL Pro for Trend Micro Edition" and was

13  licensed for use by TMI in products utilizing certain specified versions of Microsoft

14  Internet Explorer, Microsoft Windows and, when it became available, Microsoft Vista.

15  Pursuant to the Distribution Agreement, TMI also agreed to use the Licensed Software

16  only in products sold to "consumers or small businesses or for home offices" and to not

17  attempt to "reverse engineer" the source code from the Licensed Software.

18        25.     BGS is informed and believes that TMI breached the Distribution Agreement

19  beginning at least by in or about April 2008, in a number of ways, including by (1) using

20  the Licensed Software in products it sold or provided to end users that it knew or should

21  have known were using browsers and/or operating systems not covered by the Distribution

22  Agreement (as set forth in Exhibit A thereto) or that were not "consumers or small

23  businesses or for home offices" and (2) in attempting to reverse engineer the source code

24  from the Licensed Software.

25        26.     BGS has fully performed, or has been excused from performing, all of the

26  terms and conditions that it was required to perform under the Distribution Agreement, and

27  TMI's performance has not been excused.

28        27.     BGS has suffered damages as a result of TMI's actions in an amount to be

1   proven at trial.  However, unless TMI is enjoined from future breaches, BGS has and will

2   continue to suffer damages for which its remedy at law is inadequate.  This includes the

3   fact that TMI's use of the Licensed Software without further compensation to BGS has

4   destroyed BGS's ability to sell the Licensed Software to TMI's competitors because of the

5   unwarranted price advantage it would enjoy (i.e., competitors are unlikely to pay for use of

6   the Licensed Software with Microsoft Internet Explorer 8.0, when TMI is using the

7   Licensed Software for free).  BGS therefore seeks temporary, preliminary, and permanent

8   injunctive relief to protect its intellectual property rights, its goodwill and other legitimate

9   business interests.  In addition, Par. 16.2 of the Distribution Agreement specifically

10   contemplates an action for injunctive relief where, as here, it is necessary to protect BGS's

11   intellectual property rights.

12        28.   BGS also seeks a declaratory judgment from this Court that (1) the

13   Distribution Agreement between BGS and TMI does not include a license for use with any

14   operating system or browser other than those specified in Exhibit A, including Microsoft

15   Internet Explorer 8.x; (2) the Distribution Agreement between BGS and TMI does not

16   include a license for use of the Licensed Software in products sold to end users who were

17   not "consumers or small businesses or for home offices"; and (3) a finding that TMI

18   breached the Distribution Agreement by attempting to reverse engineer the Licensed

19   Software.

20                  **SECOND CAUSE OF ACTION**

21          **(Declaratory Relief Against All Defendants)**

22        29.   BGS repeats and incorporates by reference the allegations set forth in

23   paragraphs 1 through 22 and 24 through 28.

24        30.   An actual controversy has arisen and now exists between BGS and TMI

25   concerning their respective rights and duties under the Distribution Agreement.  BGS

26   contends that this agreement is valid and binding on the parties and that it specifically (1)

27   limits the use of the Licensed Software to operating systems and/or browsers identified in

28   Exhibit A, (2) limits the use of the Licensed Software to products sold to only end users

258605.1

10

COMPLAINT

1   who are "consumers or small businesses or for home offices" (and not medium or large

2   businesses) and (3) prohibits any attempt by TMI and/or its agents to reverse engineer the

3   source code for the Licensed Software.  Since BGS has already fully performed each and

4   every obligation and duty it had under the Distribution Agreement, BGS contends that

5   TMI has no right or basis to refuse to perform its obligations and duties.  BGS is informed

6   and believes, and on that basis alleges, that TMI disputes these contentions.

7       31.   A judicial declaration is necessary and appropriate at this time in order that

8   the parties may ascertain their rights and duties with respect to Distribution Agreement.

9           **THIRD CAUSE OF ACTION**

10     **(Misappropriation of Intellectual Property Rights Against All Defendants)**

11       32.   BGS repeats and incorporates by reference the allegations set forth in

12   paragraphs 1 through 22, 24 through 28 and 30 through 31.

13       33.   The Licensed Software transferred from BGS to TMI under the Distribution

14   Agreement constitutes intellectual property rights.  Indeed, the Distribution Agreement

15   defined as "Intellectual Property Rights" all of BGS's "current and future patents, rights in

16   patent applications, moral rights, contract rights, trademarks, copyrights, inventions, trade

17   dress, trade secrets, registrable materials in any form, and proprietary information."

18   Distribution Agreement, Par. 1.6.

19       34.   TMI was obligated by the Distribution Agreement and by applicable law

20   (including, but not limited to, Cal. Civ. Code §3426 et seq.) to not attempt to reverse

21   engineer the source code for the Licensed Software and to not use the Licensed Software

22   in a manner not authorized by the Distribution Agreement, as alleged in more detail above.

23   In fact, BGS has deliberately kept the source code for the Licensed Software secret from

24   TMI, but did disclose other confidential trade secret information so that TMI could better

25   understand how the Licensed Software would perform in TMI's products for which the

26   license was obtained.

27       35.   On information and belief, TMI has breached these duties by, among other

28   things, (1) using the Licensed Software in products which were sold to end users utilizing

1   operating systems or browsers other than those specified in Exhibit A, including Microsoft

2   Internet Explorer 8.x; (2) using the Licensed Software in products, including but not

3   limited to WFBS, which were sold to end users who were not "consumers or small

4   businesses or for home offices," and (3) attempting to reverse engineer the Licensed

5   Software, as alleged in more detail above.

6       36.     On information and belief, TMI knew or should have known that the

7   Licensed Software described herein are intellectual property rights belonging to BGS; and

8   that use of such software cannot be used without BGS's consent or authorization.

9       37.     On information and belief, TMI threatens to use or has used the Licensed

10  Software or threatens to receive or has received the benefit of BGS's Licensed Software by

11  soliciting customers and/or making sales based on the Licensed Software in a manner

12  which is not authorized by the limited license conveyed in the Distribution Agreement.

13      38.     On information and belief, TMI has been and/or will be unjustly enriched by

14  the threatened or actual misappropriation of BGS's intellectual property rights and, unless

15  restrained, will continue to use, divulge, threaten to or otherwise misappropriate BGS's

16  intellectual property rights, and do so willfully and maliciously.

17      39.     BGS has been injured, irreparably and otherwise, and is threatened with

18  additional and ongoing injuries as a result of the threatened and actual misuse and

19  misappropriation of BGS's intellectual property rights by TMI, as alleged above.

20      40.     BGS has suffered damages as a result of the actions of TMI, as alleged

21  above, in an amount to be proven at trial, and will suffer damages if TMI is not enjoined as

22  requested herein.  Because BGS's remedy at law is inadequate, it seeks temporary,

23  preliminary, and permanent injunctive relief to recover and protect its intellectual property

24  rights, its goodwill and other legitimate business interests.

25      41.     BGS also seeks to recover from TMI any gains, profits, and/or advantages

26  either may have obtained as a result of the acts described herein in an amount to be

27  determined.  Because TMI's misappropriation was both willful and malicious, an award of

28  exemplary damages in an amount double any other  damages awarded, pursuant to

1   California Civil Code §3426.3(c), and attorney's fees pursuant to California Civil Code

2   §3426.4, is appropriate.

3   **FOURTH CAUSE OF ACTION**

4   **(Conversion Against All Defendants)**

5   42.   BGS repeats and incorporates by reference the allegations set forth in

6   paragraphs 1 through 22, 24 through 28, 30 through 31 and 33 through 41.

7   43.   TMI has wrongfully obtained and retained BGS's intellectual property rights,

8   without BGS's authorization, and has converted it to its own use, as alleged more fully

9   above.  In addition to misappropriating such intellectual property rights, as set forth in

10  BGS's Third Cause of Action above, TMI also made false promises and breached specific

11  contractual commitments not to make unlicensed use of the Licensed Software and not to

12  reverse engineer its source code.

13  44.   BGS has demanded that TMI cease using the Licensed Software in any

14  manner not allowed by the Distribution Agreement but TMI has refused.

15  45.   As a direct and proximate result of the actions of TMI, BGS has been

16  damaged in an amount to be determined at trial, and seeks temporary, preliminary and

17  permanent injunctive relief to recover and protect its intellectual property rights because its

18  remedy at law is inadequate.  Defendants' actions have been willful, malicious, and/or

19  done in complete disregard of the consequences to be suffered by BGS, such that an award

20  of exemplary and punitive damages is proper.

21  **FIFTH CAUSE OF ACTION**

22  **(Violation of California Business and Professions**

23  **Code § 17200 Against All Defendants)**

24  46.   BGS repeats and incorporates by reference the allegations set forth in

25  paragraphs 1 through 22, 24 through 28, 30 through 31, 33 through 41 and 43 through 45.

26  47.   TMI's business practices, as alleged above, are unlawful and intended to

27  cause a substantial injury to businesses such as BGS.  In addition to misappropriating such

28  intellectual property rights, as set forth in BGS's Third Cause of Action above, TMI also

1   made false promises and breached specific contractual commitments not to make

2   unlicensed use of the Licensed Software and not to reverse engineer its source code.  As

3   such, TMI's conduct constitutes unfair business practices prohibited by California's Unfair

4   Competition Law ("UCL").  California Business and Professions Code § 17200, et seq.

5       48.    For its violation of the UCL, TMI should be required to pay BGS restitution,

6   disgorge profits from sales that were made utilizing BGS's intellectual property rights, and

7   be enjoined from such practices in the future.

8       49.    BGS is entitled to all costs and expenses incurred in prosecuting this action.

9                          **PRAYER FOR RELIEF**

10      Wherefore, BGS prays for judgment in its favor and a Order granting the following

11  relief:

12      1.    Restraining TMI, and its officers, agents, servants, employees and those in

13  active concert or participation with it, pending trial of this action, from: (1) using the

14  Licensed Software in any product used by an end user on any operating system or browser

15  other than those specified in Exhibit A of the Distribution Agreement, including Microsoft

16  Internet Explorer 8.x, (2) using the Licensed Software in TMI products, such as Worry-

17  Free Business Security ("WFBS"), that are sold and marketed to end users other than

18  "consumers or small businesses or for home offices" and (3) attempting to reverse

19  engineer the source code from the Licensed Software;

20      2.    That TMI be declared in breach of the Distribution Agreement;

21      3.    That BGS be awarded money damages in an amount to be proven at trial;

22      4.    That BGS be awarded exemplary or punitive damages in an amount to be

23  proven at trial for conversion of BGS' property;

24      5.    That in addition to other damages awarded, BGS be awarded double

25  damages and its attorneys' fees pursuant to California Civil Code §3426.3(c) and §3426.4;

26      6.    That BGS be awarded its costs and expenses in prosecuting this action

27  pursuant to California Business and Professions Code § 17200, et seq.; and

28  / / /

258605.1

14

COMPLAINT

1      7.      That the Court grant such further relief as the Court deems just.

2

3    DATED: January 30, 2009            Respectfully submitted,

4
                                        Ekwan E. Rhow
5                                       Eric E. Bronson
                                        BIRD, MARELLA, BOXER, WOLPERT,
6                                          NESSIM, DROOKS & LINCENBERG, P.C.

7

8                                       By:

9                                             Eric E. Bronson
                                        Attorneys for Plaintiff BlueGem Security, Inc.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        15
                                     COMPLAINT

# EXHIBIT 1

# Trend Micro Software Distribution Agreement

THIS SOFTWARE DISTRIBUTION AGREEMENT (this "Agreement") is entered into as of the 18th day of January, 2007 (the "Effective Date"), by and between Trend Micro Incorporated, a Japanese corporation with its principal place of business at Shinjuku MAYNDS Tower, 1-1 Yoyogi 2-Chome, Shibuya-ku, Tokyo 151-0053, ("Trend Micro") and BlueGem Security Inc., a Delaware Corporation, with its principal place of business located at 2 West Dry Creek Circle, Suite 100, Littleton, Colorado 80120 ("Company"). Trend Micro and Company are sometimes referred to in this Agreement as a "Party" individually, and as the "Parties" collectively.

## RECITALS

1. Trend Micro develops and markets content security software, services and hardware worldwide;

2. Company is engaged in the business of developing and marketing keystroke encryption security software for desktops; and

3. Company wishes to license certain of its technology to Trend Micro, and Trend Micro wishes to license such technology from Company for license and distribution under the Trend Micro brand name.

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

## 1. DEFINITIONS

1.1. **"Affiliates"** means another entity which is controlled by a Party, which controls such Party or which is under common control with such Party; "control" means the direct or indirect ownership of more than fifty percent (50%) of the shares or interests entitled to vote for the directors of such Party or the equivalent, for so long as such entitlement exists, or equivalent power over management.

1.2. **"API"** means application program interface.

1.3. **"Deliverable"** means each version of the Licensed Software to be provided to Trend Micro under this Agreement as more fully described in Exhibit B.

1.4. **"End User"** means any person who licenses Trend Micro Products for his or her own use and not for further redistribution, copying, or dissemination.

1.5. **"Documentation"** means the manuals and other material provided by Company to Trend Micro under this Agreement in printed or electronic format, which describe the functionality and operation of the Licensed Software with sufficient detail to enable End Users to install and use the Licensed Software properly.

1.6. **"Intellectual Property Rights"** means all of Company's current and future patents, rights in patent applications, moral rights, contract rights, trademarks, copyrights, inventions, trade dress, trade secrets, registrable materials in any form, and proprietary information.

1.7. **"Licensed Software"** means the object code versions of Company's keystroke encryption security software program as more fully described in Exhibit A.

1.8.  **"Product Update"** means each update, upgrade or enhancement to, or fix or new version of the Licensed Software and Deliverables released from time to time by Company during the Term and any Transition Period (as defined below).  Product Update includes Major and Minor Updates. "Major Update" means any new release, typically designated by a change in the version number to the left of the decimal point, which adds new features or functionality to the Licensed Software. "Minor Update" means any new release, typically designated by a change in the version number to the right of the decimal point, which primarily includes bug fixes. Upon release, Product Updates will become Licensed Software for the purposes of this Agreement and replace or patch previous versions of the Licensed Software.

1.9.  **"Release Date"** means the date when the first Trend Micro Product is first published or otherwise made generally available to potential End Users.

1.10. **"Resellers"** means those distributors, value added resellers, service providers, Third-Party Partners and organizations that license the Trend Micro Product(s) for redistribution to other resellers and/or End Users.

1.11. **"Third-Party Partners"** mean companies that have signed agreements with Trend Micro for original equipment manufacture where Trend Micro or a Trend Micro Affiliate licenses Trend Micro Products for incorporation into the products or services of Third-Party Partners.

1.12. **"Third Party Technology"** means any software, technology or information, such as open source software or "freeware," in which a third party has proprietary rights and which is included in the Licensed Software or required by Trend Micro to exercise the licenses and rights under this Agreement.

1.13. **"Trend Micro Product"** means the Licensed Software (i) packaged or integrated through APIs or otherwise linked in object or executable code with any Trend Micro product and/or service designed for use by consumers or small businesses or for home offices ("Consumer Product") and labeled as a Trend Micro or Trend Micro Affiliate product or service; or (ii) licensed as a stand-alone product labeled as Trend Micro or Trend Micro Affiliate Consumer Product. Trend Micro Products include non-English language versions of the Licensed Software created under Section 3.1(d) below.

## 2.  LICENSED SOFTWARE DEVELOPMENT.

2.1.  **Operating System Compatibility.**  Company shall undertake all development and testing work necessary to complete the Deliverables set forth in Exhibit B in accordance with the corresponding specifications, acceptance criteria, development plans and timelines:

2.2.  **Delivery and Acceptance.**

(a)  **Delivery.**  Company shall deliver each Deliverable and related Test Results (as defined in Exhibit B) in accordance with the timeline set forth in Exhibit B. Company shall provide Trend Micro with written notification, including notification by email, of such delivery and shall make all Deliverables and test results available to Trend Micro electronically.

(b)  **Acceptance Procedures.**  Upon delivery of each Deliverable, Trend Micro will test whether such Deliverable conforms to the applicable specifications and meets the acceptance criteria set forth in Exhibit B, and is free of material or conspicuous errors (collectively "Acceptance Criteria").  Trend Micro will accept or reject the Deliverable within ninety (90) days after delivery and will give Company written notice of acceptance or rejection thereof. If Trend Micro fails to provide such notice within the ninety (90) day period, Company

shall notify Trend Micro in writing and Trend Micro shall have an additional fifteen (15) days to accept or reject the Deliverable. After these additional fifteen (15) days, the Deliverable shall be deemed accepted by Trend Micro. In the event that the Deliverable does not conform to the Acceptance Criteria, Trend Micro shall reject the Deliverable and provide Company with a list of nonconformities and to the extent possible, data that could help Company replicate such nonconformities, to be corrected ("Punch list"), each referenced to a specific unmet Acceptance Criterion. Within ten (10) days of receiving the Punch List, Company will use commercially reasonable efforts to correct the items on the Punch List and redeliver the Deliverable. In the event that Company cannot correct any item on the Punch List within the ten (10) day period, Company will so notify Trend Micro within such period and provide Trend Micro with an estimated time, no longer than forty five (45) days by which it will be able to correct such item and redeliver the Deliverable. Unless the Deliverable is accepted (or deemed accepted) by Trend Micro, the above procedures shall be repeated until the Deliverable fails to meet Acceptance Criteria after two (2) cycles of the correction and acceptance process as described above. If the Deliverables continue to fail to meet Acceptance Criteria after two (2) repetitions of the foregoing process, Trend Micro shall provide written notice to Company that it has one final acceptance period within which to correct such non-conformities. If Company fails to correct such non-conformities within such final acceptance period, Trend Micro shall have the right to terminate this Agreement in its entirety, or in part with respect to any or all of the Deliverables affected by the failure, by providing written notice to Company. In the event of such termination, Trend Micro will have no obligation to pay Company the License Fees for the Deliverable(s) to which the termination applies. In the case of a partial termination, Maintenance Fees payable under this Agreement after such termination will be reduced proportionally based on the number of Deliverables removed from the scope of this Agreement.

2.3. **Integration Assistance.** Company shall provide Trend Micro with reasonable assistance and support with its integration of the Licensed Software with applicable Trend Micro products and services to create Trend Micro Products, as set forth in Exhibit C, Section 4.

2.4. **Further Enhancements.** In the event that Trend Micro requests that Company to modify the Licensed Software to accommodate design changes, including changes to modify the Licensed Software so that it is compatible with one or more additional operating systems or additional versions of Microsoft Vista, Trend Micro shall provide Company with a written request that includes specifications and a proposed due date for such design changes. Within ten (10) days of receiving such written request, Company shall provide Trend Micro with proposed development schedule and fees for such design changes. Company shall undertake the development tasks and testing required to complete such modifications, if the parties agree on the terms of a development schedule and fees.

2.5. **Assistance.** Trend Micro shall be responsible for the development tasks required to integrate the Licensed Software with Consumer Products to create Trend Micro Products as set forth in Exhibit E subject to Section 2.3 above, and for cooperating with Company and providing such other information as Company may reasonably request to fulfill its obligations under Section 2.1 and 2.2. This Section 2.5 states Trend Micro's only obligations with respect to the development efforts under this Agreement.

2.6. **Contacts.** Company and Trend Micro shall each designate one technical and one business contact person (who could be the same person) for the development work to be undertaken under this Agreement. The technical contacts shall be responsible for coordinating work on each Party's

technical deliverables. The business contacts shall be responsible for coordinating all performance obligations of the parties contemplated by this Agreement.

## 3.   GRANTS AND RESTRICTIONS

**3.1.   License Grant by Company.** Company, hereby grants to Trend Micro nonexclusive, irrevocable, worldwide right and license to:

(a)  Reproduce, have reproduced and use the Licensed Software as part of a Trend Micro Product;

(b)  Reproduce, have reproduced and use the Licensed Software and Documentation for demonstration, testing, technical support and training purposes;

(c)  Reproduce, have reproduced, and modify the Documentation solely to create documentation for the Trend Micro Products, provided all such copies of the Documentation contain the same proprietary notices which appear on the original material provided by Company;

(d) Create non-English language or localized versions of the Licensed Software and Documentation for distribution and sale as Trend Micro Products under this Agreement;

(e)  Reproduce, have reproduced, sublicense and distribute the Trend Micro Products and Documentation directly or indirectly through multiple tiers of Resellers, by any means now known or developed in the future; and

(f)  Authorize the rights granted in Sections 3.1.(a) through 3.1 (e) to Affiliates subject to the terms and conditions of this Agreement.

**3.2.   License Restrictions.**

  **(a) No Reverse Engineering.**  Except to extent allowed by applicable law or as provided in this Agreement, Trend Micro shall not reverse assemble, decompile, reverse engineer or otherwise attempt to derive source code from the Licensed Software, or knowingly allow any unauthorized third party to use the Licensed Software.

**(b)  End User Licensing.**  Trend Micro shall provide a copy of an End User License Agreement with each Trend Micro Product using the same means Trend Micro uses to license its Consumer Products. Trend Micro shall promptly notify Company of any material violation of any End User License Agreement that relates to the Licensed Technology of which Trend Micro becomes aware, and shall use the same efforts to enforce such terms as it uses to enforce End User License Agreements in its other Consumer Products.  A copy of Trend Micro's current standard U.S. form of End User License Agreement as of the Effective Date is attached hereto as Exhibit E.  Company acknowledges that the license terms and language may vary from region to region and from time to time.

**3.3.   Ownership.**  Except as set forth in this Agreement, Company shall retain all right, title, and interest in the Licensed Software, Documentation and associated Intellectual Property Rights.  The license granted in Section 3.1 above does not constitute a transfer or sale of Company's ownership rights in or to the Licensed Technology or the Documentation. Company hereby reserves all rights not expressly granted to Trend Micro in this Agreement.

4.  **USE OF TREND MICRO MARKS.**

    4.1.  **Branding Requirement**. During the Term and any Transition Period: (i) Company agrees to reproduce and use the Trend Micro trademarks set forth in Exhibit A Trademarks to create versions of the Licensed Software and Product Updates branded with the Trademarks consistent with Trend Micro trademark guidelines and subject to Trend Micro's approval; and (ii) Trend Micro grants Company a nonexclusive, worldwide, nontransferable, royalty-free license to reproduce and use the Trademarks for the sole purpose of labeling the Licensed Software and Product Updates with the Trademarks and publicizing its relationship with Trend Micro in a manner and time subject to Trend Micro's prior approval..

    4.2.  **Ownership.** Except as set forth in Section 4.1, Company shall have no rights with respect to any Trademarks. Any and all goodwill arising from Company's use of the Trademarks shall inure solely to the benefit of Trend Micro. Company shall not assert any claim to the Trademarks (or any confusingly similar mark) or such goodwill either during or after the Term. Company shall execute such documents as Trend Micro may request from time to time to record or effectuate Trend Micro's ownership of the Trademarks and related goodwill.

5.  **FEES, PAYMENT, TAXES**

    5.1.  **License Fees.** During the Term and any Transition Period, Trend Micro shall pay Company the following software license fees ("License Fees") in consideration of the licenses granted under this Agreement: (i) $25,000 within thirty (30) days of the Effective Date ; (ii) $23,750 within thirty (30) days of Trend Micro's acceptance of Deliverable 1; and (iii) a quarterly payment of $48,750 due within thirty (30) days of the first day of each calendar quarter beginning with the first calendar quarter after the Release Date.

    After the Trend Micro's acceptance of the Product Update that interoperates with the 32 bit version of Microsoft Vista ("Deliverable 2"), License Fees will also include: (iv) an additional quarterly payment of $6,000, due within thirty (30) days of the first day of each calendar quarter, beginning with the first calendar quarter after such acceptance.

    After Trend Micro's acceptance of the Product Update that interoperates with the 64 bit version of Microsoft Vista ("Deliverable 3"), License Fees will also include: (v) an additional quarterly payment of $4,000, due within thirty (30) days of the first day of each calendar quarter, beginning with the first calendar quarter after such acceptance.

    5.2.  **Maintenance Fees.** During the Term and any Transition Period, Trend Micro shall pay Company an annual fee for Product Updates and technical support for the Licensed Software ("Maintenance Fee") as follows: $25,000 due within thirty (30) days after the Release Date and each anniversary thereafter.

    5.3.  **Third Party License Fees.** Company shall be obligated to pay all fees and royalties for Third Party Technology, if any, necessary for Trend Micro to exercise the licenses and rights in and to the Licensed Software granted under this Agreement.

    5.4.  **Taxes.** Company shall pay any taxes imposed by any governmental, if any, authority for the payments to be made under this Agreement, including but not limited to sales, use, excise, value added, withholding or similar tax and any fees, penalties or interest related to such payments, other than taxes based on Trend Micro's net income.

**5.5. Trial or Demonstration Versions.** In consideration of its payment of the applicable License Fees, Trend Micro and its Affiliates shall be entitled to reproduce and make available the Licensed Software free of charge (i) to Resellers for demonstration or testing purposes and (ii) to potential End Users for trial or evaluation purposes; provided that all such "free of charge" copies include a time-out mechanism that prevents use of the Licensed Software for up to 60 days, and with Company's prior approval, for up to 90 days.

6. **MAINTENANCE AND SUPPORT.** In consideration of Trend Micro's payment of the Maintenance Fees, Company shall provide the following:

**6.1. Product Updates.** During the term of the Agreement and any Transition Period, Company will use commercially reasonable efforts to continue adding features and functionality to the Licensed Software and to release Product Updates. Company will make Product Updates available to Trend Micro at no additional charge.

**6.2. Beta Versions.** Company will use diligent efforts to provide Trend Micro with a beta version of each Major Update at least thirty (30) days before Company makes a final release version of the Licensed Software commercially available to Company's other licensees.

**6.3. Notification.** Company shall use commercially reasonable efforts to inform Trend Micro of new planned features and functionality for Product Updates. Company shall use commercially reasonable efforts to provide Trend Micro with written notice of intended changes in the functionality, revision level, design or appearance of the Licensed Software at least thirty (30) days prior to the beta release of any Major Updates that includes changes that will likely materially impact the interoperation of the Licensed Software with the Trend Micro Products. The Parties agree to cooperate in designing workarounds or otherwise arriving at solutions that will minimize the impact of such changes on the Trend Micro Products.

**6.4. Requests for Enhancements.** From time to time, Trend Micro may provide Company with requests for enhancements to the Licensed Software. In such events, Trend Micro shall provide Company with a written statement setting forth for each requested enhancement the purpose of the enhancement, proposed technical specifications, a description of the enhancement from an end user's perspective, the proposed effective date of such design change and any other information reasonably available to Trend Micro that could help Company understand the nature of the request and to evaluate its implementation costs. Company shall consider such requests in good faith, and within ten (10) business days of receipt of such notice, Company shall advise Trend Micro in writing as to the time frame, cost and pricing for implementation of such change(s).

**6.5. Business Reviews.** Company agrees to participate in a Business Reviews ("BR") with Trend Micro at least once every six (6) months beginning six (6) months after the Release Date. The purpose of each BR will for the Parties to: (i) provide each other with general business updates as applicable; (ii) identify possible process improvements; (iii) review quality assurance and customer satisfaction issues; (iv) discuss Company's plans for Product Updates; and (v) address any other issues raised with reasonable advance notice by either Party. Each Party agrees to provide the other Party with information that it reasonably requests at the BR and to work with the other Party to resolve any issues identified during the BR within a reasonable time frame. The location and/or meeting method will be mutually agreed upon by the Parties and will be attended by appropriate personnel.

**6.6. Support.** Trend Micro or Trend Micro Affiliates shall provide tier 1 and 2 support for all End User questions and problems regarding the Trend Micro Products. Company agrees to provide tier 3 support to Trend Micro and Trend Micro Affiliates only as more fully described in Exhibit C.

6.7. **Support Contacts.** Company shall assign an account manager to Trend Micro as a single point of contact for technical support issues. Trend Micro shall also assign a technical contact person for such purpose. Each party shall use reasonable efforts not to change the account manager or technical contact person more than once each calendar year.

6.8. **Training.** In order to enable Trend Micro and its Affiliates integrate and support the Licensed Technology, Company shall provide Trend Micro and its Affiliates with the training and services specified in Exhibit C, Section 5. Trend Micro and its Affiliates shall have the right to use, copy, and distribute (only to Trend Micro Affiliates, Third Party Partners and Resellers) any hard or soft copy training materials provided by Company ("Training Materials") and include such Training Materials in Trend Micro's training materials during the Term and any Transition Period solely for the purpose of training Trend Micro's and Trend Micro Affiliates' employees, Resellers and Third Party Partners about the Licensed Technology. Company shall retain all right, title and interest in and to all such Training Materials, including those Training Materials incorporated into or included with Trend Micro's or Trend Micro Affiliates' training materials.

# 7.  CONFIDENTIALITY

7.1. **Definition.** "Proprietary Information" of a Party means (i) information disclosed by such Party relating to product development strategy and activity, marketing strategy, corporate assessments and strategic plans, pricing, financial and statistical information, accounting information, identity of suppliers, software, systems, Documentation, processes, formulae, inventions, discoveries, policies, guidelines, procedures, practices, disputes or litigation, (ii) other confidential, proprietary or trade secret information disclosed by such Party in furtherance of the purposes of this Agreement, (iii) all other confidential, proprietary or trade secret information disclosed by such Party, (iv) information relating to such Party's employees, contractors or End Users which, if released, would cause an unlawful or actionable invasion of privacy, and (v) any compilation or summary of information or data that is itself Proprietary Information. To be considered Propriety Information hereunder, such information and materials must be conspicuously marked as "Confidential" or "Proprietary" or marked with some other similar marking, and if disclosed orally, such information must be clearly identified as confidential or proprietary at the time of disclosure. Notwithstanding the foregoing, the failure by the disclosing Party to designate any tangible or intangible information as Proprietary Information shall not give the receiving Party the right to treat such information as free from the restrictions imposed by this Agreement if the circumstances would lead a reasonable person to believe that such information is Proprietary Information.

7.2. **Handling of Confidential Information.** The receiving Party agrees to: (i) receive such Proprietary Information in confidence, (ii) use reasonable efforts to maintain the confidentiality of such Proprietary Information and not disclose such Proprietary Information to third Parties (except for the receiving Party's Affiliates, representatives, agents and contractors who have a need-to-know, are under a duty of non-disclosure with respect to such information, and are acting for the benefit of the receiving Party), which efforts shall accord such Proprietary Information at least the same level of protection against unauthorized use and disclosure that the receiving Party customarily accords to its own information of a similar nature, (iii) use or permit the use of such Proprietary Information solely in accordance with the terms of the Agreement, and (iv) promptly notify the disclosing Party in writing of any actual or suspected loss or unauthorized use, disclosure or access of the disclosing Party's Proprietary Information of which it becomes aware. The terms and conditions of this Agreement shall be deemed to be the Proprietary Information of both Parties. Each Party agrees that it shall abide by and reproduce and include any restrictive legend or proprietary rights notice that appears in or on any Proprietary Information of the other Party or any licensee that it is authorized to reproduce. Each Party also agrees that it shall not remove, alter,

cover or distort any mark, copyright or other proprietary rights notices, legends, symbols or labels appearing on or in any Proprietary Information of the other Party.

7.3. **Exclusions.** The restrictions on use and disclosure set forth above shall not apply when, and to the extent that the Proprietary Information: (i) is or becomes generally available to the public through no fault of the receiving Party (or anyone acting on its behalf); (ii) was previously rightfully known to the receiving Party free of any obligation to keep it confidential; (iii) is subsequently disclosed to the receiving Party by a third party who may rightfully transfer and disclose such information without restriction and free of any obligation to keep it confidential; (iv) is independently developed by the receiving Party or a third Party without any reference or relation to the disclosing Party's Proprietary Information; or (v) is required to be disclosed by the receiving Party as a matter of law, provided that the receiving Party discloses only that portion of the Proprietary Information that is legally required to be furnished. Notwithstanding the foregoing, neither Party shall disclose, or permit the disclosure, of the terms or conditions of this Agreement without the prior written consent of the other Party, (i) to the extent necessary to permit the exercise of its rights or performance of its obligations under this Agreement, or (ii) to seek advice from its attorneys, accountants or other professional advisors.

## 8.   THIRD PARTY TECHNOLOGY

8.1. **Third Party Technology.** During the Term and any Transition Period, Company shall provide Trend Micro with: (a) a list of all Third Party Technology (including, but not limited to code licensed under the General Public License ("GPL") or LGPL) that is included or combined with the Licensed Software and each Product Update provided under this Agreement; (b) a description of how the Third Party Technology is incorporated with or into, or interacts with, or will interact with, such Licensed Software or Product Update; and (c) a copy of the license governing the use and distribution of such Third Party Technology (collectively "Third Party Technology Disclosure"). Prior to the execution of this Agreement, Company provided Trend Micro with a Third Party Technology Disclosure for the initial version of the Licensed Software to be delivered to Trend Micro under this Agreement, a copy of which is attached to this Agreement as Exhibit F.

8.2. **Cooperation.** Company agrees to fully cooperate with Trend Micro to insure compliance by both Parties with the terms of any license governing the use of any Third Party Technology in any Licensed Software or Product Update delivered by Company to Trend Micro. In the event that Company must modify the Licensed Software to comply with a license for Third Party Technology which is incorporated with or into, or interacts with, the Licensed Software, Trend Micro agrees to use reasonable commercial efforts to assist Company with making available to End Users the Product Update that includes such modification. Company shall ensure that, prior to release, such Product Update shall meet the applicable Acceptance Criteria.

## 9.   SOURCE CODE ESCROW

9.1. **Escrow Agreement.** Within fifteen (15) business days of Trend Micro Acceptance of the initial version of the Licensed Software, Company shall place into escrow the Deposit Materials (as defined in Exhibit D) for the Licensed Software with a mutually selected third party escrow agent (the "Escrow Agent") subject to the terms of a written three-party escrow agreement in the form of Exhibit D (the "Escrow Agreement"). Company will maintain the Escrow Agreement in full force and effect, unless and until termination thereof is permitted under the terms of the Escrow Agreement. Company shall update the escrow with each Major Release of the Licensed Software, and in any case at least once per calendar year.

9.2. **Bankruptcy.** This Agreement and all rights and licenses granted under or pursuant to this Agreement by Company to Trend Micro and Trend Micro Affiliates are, and shall otherwise be deemed to be, licenses of rights to "intellectual property" as defined under Section 101 of Title 11 of the United States Code. Title 11 of the United States Code is hereinafter referred to as the "Bankruptcy Code." The Parties agree that Trend Micro and Trend Micro Affiliates, as licensees of such rights under this Agreement, shall retain and may fully exercise all of its rights and elections under the Bankruptcy Code. The Escrow Agreement is an "agreement supplementary to" the license grants set forth in this Agreement as provided in Section 365(n) of the Bankruptcy Code.

9.3. **License.** Company hereby grants to Trend Micro a current, non-exclusive, worldwide, non-transferable license, including the right to sublicense, during the Term and any Transition Period, to use and modify the Deposit Materials to exercise Trend Micro's rights and licenses under Sections 3 of this Agreement and to provide maintenance and support consistent with the terms in Exhibit C. Trend Micro agrees that it will refrain from exercising its rights under the foregoing license unless and until a Release Event (as defined in the Escrow Agreement) has occurred. In addition, Trend Micro agrees that this Section 10.3 does not give Trend Micro any right to receive a copy of the Deposit Materials unless and until a Release Event occurs.

## 10. WARRANTIES.

10.1. **Limited Warranty.** Company warrants that the Licensed Software and Product Updates delivered to Trend Micro under this Agreement will conform in all material respects with the Documentation for ninety (90) days after delivery. Company also warrants that it will perform the development work set forth in Section 2 in a professional manner with reasonable skill and care. Company's sole obligation and Trend Micro's sole and exclusive remedy under any express or implied warranties under this Section 11.1 shall be for Company to use commercially reasonable efforts to correct any error in the Licensed Software and re-perform the development work.

10.2. **Ownership and Title.** Company represents and warrants that: (a) it owns all rights (including all Intellectual Property Rights), title and interest in and to the Licensed Software and Product Updates; (b) there are no outstanding agreements, grants, licenses, encumbrances, or obligations that are inconsistent with this Agreement or that would adversely affect Company's ability to perform its obligations under this Agreement; and (c) the Licensed Software does not infringe upon any third party's Intellectual Property Rights.

10.3. **Third Party Technology:** Company represents and warrants to Trend Micro that: (a) the Third Party Technology Disclosure provided to Trend Micro prior to the Effective Date in the form of Exhibit F is true and correct; (b) the Licensed Software does not contain any Third Party Technology which would create obligations, or purport to create obligations, for Trend Micro with respect to any Trend Micro Products or Trend Micro proprietary technology; or grant, or purport to grant, to any third party any rights or immunities in, to or under the Trend Products or other Trend Micro proprietary technology; (c) Company has complied with all requirements of those Third Party Technology license(s) pursuant to which it obtained source code which may have been used to develop, and/or is contained in, the Licensed Software; and (d) the Licensed Software as delivered to Trend Micro shall comply with all Third Party Technology license requirements.

10.4. **Viruses and Nonfunctional Code.** Company represents and warrants that: (a) the Licensed Software and Product Updates will not contain viruses, worms or other intentionally harmful code;

and (b) when providing Minor Releases or bug fixes for the Licensed Software to Trend Micro, Company will adhere to best practices within the information security industry to ensure that such Minor Releases and bug fixes are free from viruses, worms or other intentionally harmful code.

10.5. **Technical Support Warranty**. Company warrants that it now has and during the Term and any Transition Period will continue to have sufficient engineering personnel to perform the development tasks and the maintenance and support obligations set forth in Sections 2 and 6 respectively.

10.6. EXCEPT FOR THOSE WARRANTIES EXPRESSLY SET FORTH IN THIS SECTION 10, COMPANY HEREBY EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES, WHETHER EXPRESS, IMPLIED OR STATUTORY AS TO ANY ASPECTS OF THE LICENSED SOFTWARE INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, COMPANY DOES NOT WARRANT THE OPERATION OF THE LICENSED SOFTWARE WILL BE UNINTERRUPTED OR ERROR FREE. THE WARRANTIES STATED HEREIN ARE IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED.

10.7. **Authorizations**. Each Party warrants that the execution and delivery of this Agreement and the performance by its obligations have been duly and validly authorized by all necessary corporate bodies or other actions necessary for ratification of actions of the Party.

## 11. INDEMNIFICATION.

11.1. **Indemnification**. Company will defend, indemnify, and hold Trend Micro and its Affiliates, employees, directors, officers, shareholders, agents, representatives, successors, and assigns harmless against all third party allegations, claims, suits, actions, liability, damages, fees (including reasonable attorneys' fees), and losses arising out of the use of the Licensed Software in connection with any claim that the Licensed Software furnished and used within the scope of this Agreement infringe or violate, as applicable, a copyright, trademark, trade secret, United States patent or any other third party proprietary right, provided that: (a) Trend Micro notifies Company in writing promptly upon becoming aware of such a claim; (b) Trend Micro provides Company with information and cooperates as reasonably necessary for Company to perform its obligations under this Section; and (c) Company pays for Trend Micro's reasonable out of pocket expenses.

11.2. **Limitations**. Company shall have no liability to the extent: (a) the alleged infringement arises from any modification of the Licensed Software by Trend Micro not authorized by Company, if the liability is a direct result of the modification made by Trend Micro; or (b) Trend Micro or its Affiliates use or recommend that End Users use the Licensed Software with software products other than Trend Micro Products or with a product that has not been approved by Company, if the liability is a direct result of such unauthorized use.

11.3. **Replacement**. If a third party claim or threatened claim causes Trend Micro's authorized use of the Licensed Software to be materially endangered or disrupted, or in the event the Licensed Software is held to infringe, or are reasonably believed by Company to infringe, a copyright, trademark, trade secret, patent, or any other third party proprietary right, Company shall promptly, at its expense: (i) modify the Licensed Software so as to provide Trend Micro with compatible and noninfringing substitutes; (ii) obtain a license, and pay for any additional fees required for such license, for Trend Micro to continue using the Licensed Software during the term of this Agreement; or (iii) if neither (i) or (ii) are commercially practical, refund Trend Micro a pro-rata portion of any payments made and described under Section 5.

12. **LIMITATION OF LIABILITY**.  EXCEPT FOR CLAIMS FOR INDEMNIFICATION AS SET FORTH IN SECTION 11, IN NO EVENT SHALL EITHER PARTY OR ITS AFFILIATES BE LIABLE TO THE OTHER FOR ANY INDIRECT, INCIDENTAL, PUNITIVE, SPECIAL OR CONSEQUENTIAL DAMAGES (INCLUDING WITHOUT LIMITATION, LOST PROFITS OR SAVINGS, LOSS OF BUSINESS OR OTHER ECONOMIC LOSS OR COSTS OF PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES) ARISING OUT OF OR RELATED TO THIS AGREEMENT OR THE RELATIONSHIP OF THE PARTIES, WHETHER OR NOT EITHER PARTY HAS BEEN ADVISED OR KNEW OF THE POSSIBILITY OF SUCH DAMAGES, AND REGARDLESS OF THE NATURE OF THE CAUSE OF ACTION OR THEORY ASSERTED. EXCEPT FOR ANY THIRD PARTY CLAIMS FOR INDEMNIFICATION AS SET FORTH IN SECTION 11, EITHER PARTY'S MAXIMUM LIABILITY TO THE OTHER ARISING FROM OR RELATING TO THIS AGREEMENT SHALL BE LIMITED TO THE AMOUNT TREND MICRO PAID COMPANY FOR THE LICENSES PROVIDED HEREUNDER.

13. **INSURANCE**

   13.1. **Coverage.**  Company shall obtain and at all times during the Term and any Transition period maintain at its own expense, with insurance companies acceptable to Trend Micro, the minimum insurance coverage's stated in Section 13.2 to this Agreement.  Furthermore, Company shall, within thirty (30) days of the Effective Date of this Agreement, provide Trend Micro with Certificates of Insurance evidencing compliance with this paragraph.

   13.2. **Limits.**  Commercial General Liability insurance with limits for bodily injury and property damage liability of not less than $1,000,000 personal injury each occurrence, $5,000,000 general aggregate and products/completed operations coverage which shall include premises/operations liability, independent contractors liability, and broad form contractual liability specifically in support of, but not limited to, the indemnity provisions set forth in this Agreement.  This policy shall include a waiver of subrogation in favor of Trend Micro; will be endorsed to include Trend Micro as Additional Insured; will contain cross-liability and severability of interest coverage and shall state that such insurance is primary to and non-contributory with any other insurance carried by Trend Micro.

   13.3. **Compliance.**  Failure to secure the insurance coverages, or the failure to comply fully with any of the insurance provisions of this Agreement as may be necessary to carry out the terms and provisions of this Agreement shall be deemed to be a material breach of this Agreement.  The lack of insurance coverage does not reduce or limit Company's responsibility to indemnify Trend Micro as set forth in this Agreement.

14. **RIGHT OF NEGOTIATION**.  Prior to the termination of this Agreement, if Company enters into serious negotiations with another party regarding a merger, acquisition, reorganization, consolidation, sale of all or substantially all of its assets or other similar transaction ("Acquisition"), Company will notify Trend Micro it has entered serious negotiations for Acquisition. Within ten (10) business days of such notice, Trend Micro will inform Company in writing whether it wishes to negotiate to acquire Company. If Trend Micro fails to respond to Company within the specified time period or informs Company it does not wish to negotiate to acquire Company, Trend Micro's rights under this section shall terminate.

## 15. TERM AND TERMINATION

15.1. **Term.** This Agreement shall commence on the Effective date and have a term of three (3) years from Release Date or April 1, 2007, whichever occurs first ("Term"), unless terminated sooner by written notice given by a Party pursuant to this Section. At the end of the Term Trend Micro may renew this Agreement under the same terms and conditions for additional one (1) year terms ("Renewal Term") by notifying Company at least thirty (30) days prior to the expiration of the Term or Renewal Term as applicable. Notwithstanding the foregoing, (i) Trend Micro may terminate this Agreement with or without cause twelve (12) months after the Effective Date upon ninety (90) days written notice to Company; and (ii) Company may terminate this Agreement with or without cause twenty four (24) months after the Effective Date upon ninety (90) days written notice to Trend Micro.

15.2. **Termination For Cause.** Either Party has the right to immediately terminate this Agreement for cause if the other Party:

> (a) defaults in the performance of any of its material obligations hereunder and: (i) the non-defaulting Party serves the defaulting Party with a written notice of such default, which states with particularity the nature of the default, (ii) any such default is not corrected within sixty (60) days after receipt of such notice, and (iii) such default is continuing at the time that the non-defaulting Party delivers notice of termination.

> (b) to the extent permitted by applicable law, becomes insolvent, files or has filed against it a petition under applicable bankruptcy or insolvency laws which is not dismissed within ninety (90) days, proposes any dissolution, composition or financial reorganization with creditors, makes an assignment for the benefit of creditors, or if a receiver, trustee, custodian or similar agent is appointed or takes possession with respect to any property or business of the defaulting Party. This Section 15.2 shall not apply where a Party seeks to terminate this Agreement due to its own bankruptcy or insolvency.

15.3. **Effect Of Termination.**

> **(a)** Following any termination of this Agreement, this Agreement shall remain in effect for a period of thirty six (36) months ("Transition Period"). During such Transition Period, all the rights and obligations of the Parties shall remain in effect and the Parties shall cooperate with each other to help transition Trend Micro, Trend Micro Affiliates, and their End Users to another keystroke encryption security solution. Trend Micro may terminate the Transition Period after twelve (12) months upon ninety (90) days notice to Company.

> **(b)** Upon expiration of the Transition Period, all of Trend Micro's rights and licenses with respect to the Licensed Software shall terminate. Termination of this Agreement will not affect the rights of any Third Party Partner or End User under an End User license agreement, which shall survive and remain in effect in accordance with its terms.

> **(c)** Any termination of Trend Micro's rights under this Agreement shall serve as a termination of any rights held by Trend Micro Affiliates hereunder.

15.4 **Survival.** Upon termination of this Agreement, Any provision of this Agreement which contemplates performance subsequent to any termination, or expiration of this Agreement shall survive any termination or expiration of this Agreement and continue in full force and effect.

## 16. DISPUTE RESOLUTION.

16.1. In the event that a dispute arises between Company and Trend Micro or a Trend Micro Affiliate with respect to this Agreement, before any termination notice delivered pursuant to Section 15 results in termination of this Agreement, and before filing or initiating any suit, action, or legal proceeding relating to this Agreement, the Parties shall attempt in good faith to settle all disputes, controversies, or differences arising from or relating to this Agreement ("Disputes") in accordance with the following provisions.  First, the Parties' business contacts will attempt to resolve the Dispute for a period of fifteen (15) days.  Second, if such Dispute remains unresolved at the end of such period, the Parties will each make available an officer with authority to resolve such dispute (the "Officers"), and such Officers will attempt to resolve the Dispute for a period of fifteen (15) days.

16.2. If at the end of such period the efforts of the Parties have ended in failure and the Dispute remains unresolved, either Party may exercise its rights and remedies at law or in equity.  Notwithstanding the foregoing, each Party may at any time seek immediate injunctive relief in a court of competent jurisdiction in order to protect its intellectual property rights or rights in its Proprietary Information, regardless of whether the dispute resolution procedures set forth in this Section 16 have been initiated or completed.

## 17. MISCELLANEOUS.

17.1. **Governing Law**. This Agreement shall be governed and interpreted accordance with the laws of the state of California, without reference to its choice or conflicts of law principles.  The Parties agree that the United Nations Convention on Contracts for the Sale of International Goods shall not apply to this Agreement.

17.2. **Assignment.** This Agreement shall be binding upon and inure to the benefit of the Parties hereto and their respective successors and permitted assigns; provided, however, that neither Party shall assign any of its rights, obligations, or privileges (by operation of law or otherwise) hereunder without the prior written consent of the other Party.  Notwithstanding the foregoing, however, (i) either Party may assign this Agreement to a successor in interest (or its equivalent) of all or substantially all of its relevant assets, whether by sale, merger, or otherwise, and (ii) either Party may assign this Agreement to any of its Affiliates.  Any attempted assignment in violation of this section shall be void.  The rights and liabilities of the parties under this Agreement will bind and inure to the benefit of the parties' respective successors and permitted assigns.

17.3. **Independent Contractors**. The relationship of the Parties is solely that of independent contractors, and nothing contained herein is intended or will be construed as establishing an employment, joint venture, fiduciary, partnership, and/or any other business relationship. Each Party will, at all times during the term of this Agreement, act as, and represent itself as an independent contractor, and not an agent or employee of the other Party.

17.4. **Export**.  Company shall provide all information which is necessary or useful for Trend Micro to obtain any export or import licenses required for the Licensed Software to ship or receive the Licensed Software, including, but not limited to, any information need by a governmental body to comply with export control laws and regulations, ECCN numbers, certificates of origin, (NAFTA, etc.), manufacturer's affidavits, Buy America qualification, and U.S. Federal Communications Commissions identifier, if applicable.  Company will use diligent efforts to provide Trend Micro with such information within five (5) business days of Trend Micro's request.

**17.5. Force Majeure.** Neither Party will be liable to the other Party for any alleged or actual loss or damages resulting from delays or failures in performance caused by acts of the other Party, acts of civil or military authority, governmental priorities, earthquake, fire, flood, epidemic, quarantine, energy crisis, strike, labor trouble, war, riot, terrorism, accident, shortage, delay in transportation, or any other cause beyond the reasonable control of the Party whose performance is so delayed.

**17.6. Headings.** All Section headings are for reference only and shall not be considered in construing this Agreement.

**17.7. Severability.** If any provision in this Agreement is found invalid or unenforceable, then the meaning of such provision shall be construed, to the extent feasible, so as to render the provision enforceable, and if no feasible interpretation would save such provision, it shall be severed from the remainder of this Agreement, which shall remain in full force and effect, and the Parties shall negotiate, in good faith, a substitute, valid and enforceable provision that most nearly effects the Parties' intent in entering into this Agreement.

**17.8. Waiver.** Any waiver of any right or remedy under this Agreement must be in writing and signed by the Party to be bound to be effective. No delay or omission in exercising any right or remedy shall operate as a waiver of such right or remedy or any other right or remedy. A waiver on any one occasion shall not be construed as a waiver of any right or remedy on any future occasion.

**17.9. Entire Agreement.** This Agreement and the Escrow Agreement, together with any attachments, constitutes the entire agreement between the Parties with respect to the license granted herein and, supersedes all prior or contemporaneous oral or written agreements, negotiations or understandings with respect to such subject matter. No alterations, modifications, amendments or additions hereto shall be binding unless reduced to writing and signed by each Party.

**17.10. Notices.** Any notice regarding non-performance, breach, termination, or renewal required or permitted to be given under this Agreement must be given in writing and be hand delivered or deposited, postage prepaid, registered or certified mail, addressed to: the address first stated in this Agreement, or at such other address as may be given by either Party to the other in writing. All other notices may be sent by regular mail. All notices will be deemed to have been given and received on the earlier of actual delivery or five (5) days from the date of postmark.

**17.11. Counterparts.** This Agreement may be executed in two or more counterparts, each of which shall be deemed an original and one and the same Agreement.

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement, through their respective officers, duly authorized for this purpose, as they so declare and represent, as of the Effective Date.

**Trend Micro Incorporated**                    **Company**


By:_____              By:_____

Name:_____              Name:  Joe Park_____

Title:_____              Title:   President_____

**17.5. Force Majeure.** Neither Party will be liable to the other Party for any alleged or actual loss or damages resulting from delays or failures in performance caused by acts of the other Party, acts of civil or military authority, governmental priorities, earthquake, fire, flood, epidemic, quarantine, energy crisis, strike, labor trouble, war, riot, terrorism, accident, shortage, delay in transportation, or any other cause beyond the reasonable control of the Party whose performance is so delayed.

**17.6. Headings.** All Section headings are for reference only and shall not be considered in construing this Agreement.

**17.7. Severability.** If any provision in this Agreement is found invalid or unenforceable, then the meaning of such provision shall be construed, to the extent feasible, so as to render the provision enforceable, and if no feasible interpretation would save such provision, it shall be severed from the remainder of this Agreement, which shall remain in full force and effect, and the Parties shall negotiate, in good faith, a substitute, valid and enforceable provision that most nearly effects the Parties' intent in entering into this Agreement.

**17.8. Waiver.** Any waiver of any right or remedy under this Agreement must be in writing and signed by the Party to be bound to be effective. No delay or omission in exercising any right or remedy shall operate as a waiver of such right or remedy or any other right or remedy. A waiver on any one occasion shall not be construed as a waiver of any right or remedy on any future occasion.

**17.9. Entire Agreement.** This Agreement and the Escrow Agreement, together with any attachments, constitutes the entire agreement between the Parties with respect to the license granted herein and, supersedes all prior or contemporaneous oral or written agreements, negotiations or understandings with respect to such subject matter. No alterations, modifications, amendments or additions hereto shall be binding unless reduced to writing and signed by each Party.

**17.10. Notices.** Any notice regarding non-performance, breach, termination, or renewal required or permitted to be given under this Agreement must be given in writing and be hand delivered or deposited, postage prepaid, registered or certified mail, addressed to: the address first stated in this Agreement, or at such other address as may be given by either Party to the other in writing. All other notices may be sent by regular mail. All notices will be deemed to have been given and received on the earlier of actual delivery or five (5) days from the date of postmark.

**17.11. Counterparts.** This Agreement may be executed in two or more counterparts, each of which shall be deemed an original and one and the same Agreement.


IN WITNESS WHEREOF, the Parties hereto have executed this Agreement, through their respective officers, duly authorized for this purpose, as they so declare and represent, as of the Effective Date.

| Trend Micro Incorporated | Company |
|---|---|
| By: | By: |
| Name: _Eva Chen_ | Name: _Joe Park_ |
| Title: _CEO_ | Title: _President_ |

**EXHIBIT A**
**LICENSED SOFTWARE**

Description of Licensed Software:  Local SSL Pro-Trend Micro Edition (hereinafter referred to as LocalSSL Pro) for Microsoft Internet Explorer, Microsoft Windows 98, 2000, XP and Microsoft Vista (when available) and lp.exe updating tool and removal tool.

**Specifications:**

LocalSSL Pro secures users from Identity Theft on any form of Internet login or transaction that requires confidentiality by encrypting keystroke input. The LocalSSL Pro software protects all keystrokes from the keyboard to the IE browser so long as characters are comprised of one byte.   This means, however, two byte character languages such as Microsoft IME required characters are not supported by LocalSSL PRO.

Software encrypts every single keystroke, with a 128 bit key, at the keyboard, making all keystrokes invisible from either known or unknown security threats that reside in any user's computer. LocalSSL Pro Software blocks all spyware, Trojan horse and keylogger threats. The underlying technology uses a dual protection methodology which employs both a 128 bit encryption technology to encrypt every user keystroke and also directs every keystroke through a discreet delivery channel that bypasses the operating system where these threats exist.

LocalSSLPro can also be very simply and quickly deployed on a large scale, if necessary, to millions of PCs. This software, which is downloaded on a one time basis, proactively protects every user's PC each time they enter keystrokes on a website it is protecting..

SUPPORTED CLIENT SYSTEMS
Intel® Pentium® and AMD® processor (x86)
• Windows® 98/SE/ME
• Window® NT® 4.0
• Windows® 2000
• Windows® 2003
• Windows® XP Pro/Home
• 64MB of RAM/3MB of available hard-disk
• Internet Explorer 5.x/6.x, 7.x

TECHNOLOGY
• 128bit data encryption starting from a hardware level to an application message queue
• Self-integrity-check for security assurance during runtime

**Third Party Technology:**  None.

**Trend Micro Trademarks:**  One or more of the following as specified by Trend Micro during the user interface development phase of the Work:  Trend Micro™; TrendSecure™, Trend Micro PC-cillin™ Internet Security™ (or VirusBuster™ in Japan).

EXHIBIT B
STATEMENT OF WORK

1.    **Deliverables**
**Specifications for Licensed Software Deliverables (and Product Updates):**

**A. Deliverable 1:**
- The Licensed Software shall support Microsoft Internet Explorer v.5.x and above browsers
- The Licensed Software shall support Microsoft New Phonetic IME 2003 and above
- The Licensed Software shall be localization ready; this includes but is not limited to exposing all strings and graphics that are displayed to the user in a resource file that Trend Micro may modify.
- The Licensed Software will be supported on all released versions, including localized versions, of the following operating systems: Microsoft Windows XP, Microsoft Window 2000, Microsoft Windows 2003, and Microsoft Windows 98
- The Licensed Software shall include tools that allow Trend Micro to de-install completely the Licensed Software from End User client machine without End User input.
- Licensed Software shall be branded with Trend Micro logos and trademarks. Company will incorporate Trend Micro branding in appropriate areas including pop-up boxes, as specified and approved by Trend Micro. Company shall expose all graphics and wording in resources that are editable by Trend
- The Licensed Software shall include electronically modifiable End User Documentation which Trend Micro can incorporate into manuals and documentation for Trend Micro Products.
- A mechanism for Product Updates to be delivered electronically to Trend Micro and to interoperate with Trend Micro automatic update functionality which enables End Users to download and install product updates to Trend Micro Products automatically or manually with the push of an Update Now button or icon
- Product Updates shall be "backward compatible," that is compatible with previous versions of the Licensed Software.

**B. Deliverable 2:**

- All of the specifications for Deliverable 1 above
- The Licensed Software will support all versions of Microsoft Vista 32 bit

**C. Deliverable 3:**

- All of the specifications for Deliverable 1 and 2 above
- The Licensed Software will support all versions of Microsoft Vista 64 bit

2.    **Delivery Schedule**

**A. Deliverable 1:**
- Within 5 days of the Effective Date Company shall deliver to Trend Micro in electronic format Deliverable 1, including Documentation, except as set forth below:
- Licensed Software branding – (User Interface) February 15th 2007 – Relate back to appropriate section and include concept of pop-up boxes.
- APIs for installing the LocalSSL without Customer input – February 15th, 2007
- APIs for de-installing LocalSSL without Customer input – February 15th, 2007
- Localization resource file available for the User Interface – February 15th, 2007 – Double byte support
**B. Deliverable 2:**
- Microsoft Vista 32 bit support – February 15th, 2007

**C. Deliverable 3:**
- Microsoft Vista 64 bit support - Company will use diligent efforts to deliver software that supports the 64bit version as soon after the delivery date for the 32bit version as possible, no later than April 30th, 2007.

**D. Deliverable 4:**
- Microsoft New Phonetic IME 2003 support – February 15, 2007 for each of Deliverable 1-3 above

## 3. Acceptance Criteria

Each delivery of the Deliverables and Licensed Software will be tested by Trend Micro according to Trend Micro test cases and methods.  Initial deliveries shall be sufficiently functional to allow testing of all product features.  End User ready deliveries should not have known Severity 1, Severity 2, Severity 3 and Severity 4 problems as defined in Exhibit C.

With each Deliverable, Company shall provide a test report, which includes Company's testing results of the following required items ("Test Results"):

- Functional Test to be performed for each of following configurations:
    - Keyboard configurations: USB, PS/2
    - IE Browser
    - Microsoft Windows 2000, Microsoft Window XP, Microsoft Windows 2003, and Microsoft Windows 98
    - Functional tests to include Microsoft Vista 32bit and 64bit operating systems based on the delivery dates for deliverables 2 & 3 outlined in this Exhibit B above.
  The following functionality to be verified:
    - Single byte characters encrypted at lowest level interception point, decrypted at last extraction point prior SSL encryption within browser IE Browser
    - User notified of tampering with Local SSL character encryption and decryption mechanisms
    - Character input from keyboard for single byte Web site login and password information not intercepted in unencrypted form by any keylogger Trend Micro selects.
- Resource Leak Test (memory leak) – there should be no memory leaks detected
- Compatibility Test – LocalSSL Pro shall run simultaneously with programs on the applicable operating system.
- Performance Test - No user perceptible impact on keyboard input performance, no perceptible impact on overall system performance, beyond impact of memory and disk space used by LocalSSL.
- Installation Test – No user interaction required during installation and de-installation process

Company shall provide tools for Software removal.
- All files associated with the Software removed from the system
- All system registry entries associated with the Software removed from the registry and the system registry is set to its original state
- Trend Micro shall be able to remotely activate and remove Licensed Software without End User interface.

**EXHIBIT C**
**TECHNICAL SUPPORT**

This part of the Support Schedule defines the Parties' Maintenance obligations with respect to the Licensed Software.

1. **Definitions**.  For purposes of this Technical Support Schedule, the following terms shall have the meanings set forth below:

"Severity" of a problem is defined as:

"Severity 1" – The Licensed Software is down or there is a critical impact to End Users, which makes it difficult for users to use their keyboards or causes system instability and there is no workaround readily available.  Examples include, blue screen, windows freeze and keyboard malfunctioning.  Company agrees to assign the problem the highest priority level for standard support.  Company will then commit resources as necessary to verify, reproduce and analyze the problem, Company will use best efforts to develop a correction or workaround.

"Severity 2" – Operation of the Licensed Software is severely degraded, or significant aspects of the functionality are being negatively impacted by unacceptable Licensed Software performance and there is no workaround readily available.  Examples include character input duplication, performance degradation that causes inconvenience in use of keyboard.  Company will assign the problem the second highest priority level for support.  Company will then commit resources as necessary to verify, reproduce and analyze the problem, and diligent efforts to develop a correction or workaround.

"Severity 3" - Operational performance of the Licensed Software is impaired while operations remain functional.  Company will then commit reasonable resources during standard business hours to verify, reproduce and analyze the problem and will use commercially reasonable efforts to develop a correction or workaround.

"Severity 4" - Information or assistance is required on the Licensed Software capabilities, installation, or configuration which has little or no impact to the End Users Company will make resources available during standard business hours to provide information or assistance as requested.

End User

"Tier 1" means the resolution of service requests from End Users pertaining to basic operation, installation, setup, configuration assistance and minimal network integration as it relates to Trend Micro Products.  Level 1 support calls are generally resolved by referencing instruction manuals or other user Documentation.

"Tier 2" means the analysis, troubleshooting, and debugging of interoperability End User service requests related the Licensed Software.

"Tier 3" means the support provided by a Party to the other Party to address or resolve problems or errors the source of which is in that Party's technology, including Product Updates , and which can not otherwise be resolved through Tier 1 or Tier 2 support.

2. **Tier 1 and Tier 2 Support.**  Trend Micro shall be responsible for providing Tier 1 and Tier 2 support for the Licensed Software to the End User.

3. **Tier 3 Support.**  In the event that Trend Micro has reason to believe that the Licensed Software (or any Product Update) is the source of any reported problem or error, Trend Micro shall so inform Company and Company shall provide Trend Micro with Tier 3 support for the Licensed Software.  Only Tier 3 support personnel (or other authorized personnel agreed upon by the Parties) from each Party may contact the Tier 3 support personnel at the other Party.  Technical support will cover (but will not be limited) resolution of the following cases:

- a Licensed Software defect that significantly impacts integrity, availability, or confidentiality of End User data, (within 24 hours of notice)

- a Licensed Software defect that prevents the primary features of the Licensed Software from being used
- a Licensed Software defect that significantly impacts End User experience, or prevents a secondary feature from being used

4. **Integration Support**.
   4.1. Collaborating with Trend Micro in integration of software that include instructions, online and telephone assistance as well as on site assistance, only if approved by Trend Micro, with out of pocket expenses to be covered by Trend Micro.
   4.2. 24 engineering hours after the Effective Date included
   4.3. Additional resources billed at $150 per hour worked subject to prior written approval
   4.4. Trend Micro to pay reasonable expenses associated with on-site services

5. **Training**. At no additional charge, Company shall provide Trend Micro with sufficient technical assistance and training to allow Trend Micro's technical support personnel to provide End Users with Tier 1 and Tier 2 Support, including ongoing training, technical support and field service and assistance, provision of technical bulletins and updated user manuals, and telephone assistance to assist with installation, operation, maintenance, and problem resolution. In addition, Company will provide training, at no charge, to at least one Trend Micro employee sufficient to enable that individual to handle Tier 3 support on Company's functionality; with the understanding that such training shall not relieve the Company of its Tier 3 support obligations set forth above.

6. **Access**. Each Party's trained and certified personnel will have direct access to the other Party's Tier 3 support organization via telephone, email, or pager (where available), in English, 24 hours a day, 7 days a week, 365 days a year.

7. **Response/Resolution Times**. The Company shall achieve the following response times.

   (1) Severity 1 issues within 2 hours;
   (2) Severity 2 issues within 4 hours;
   (3) Severity 3 and 4 issues by the next business day; and
   (4) All Level 3 email issues by the next business day.

Response times shall be measured from the time Trend Micro submits a notice of a service request and the time a skilled technical employee of such Party responds to the other Party.

8. **Escalation**. The Parties will escalate issues in order to resolve all Level 3 issues as quickly as possible, the issue shall be escalated within Company's management structure according to the following schedule:

| Management | Priority Level | | | |
|---|---|---|---|---|
| | Severity 1 | Severity 2 | Severity 3 | Severity 4 |
| TAC Supervisor | 2 hours | 8 hours | 24 hours | 48 hours |
| WW TAC Mgr. | 8 hours | 24 hours | 48 hours | 96 hours |
| VP of Cust. Serv | 24 Hours | 36 hours | 96 hours | 150 hours |

Escalation schedule:

| Elapsed Time | Priority 1 | Priority 2 | Priority 3 | Priority 4 |
|---|---|---|---|---|
| 2 Hours | Alliances Account Manager | | | |
| 4 Hours | Sustain Engineering Project Manager, | Alliances Account Manager | | |

| | Alliances Account Manager | | | |
|---|---|---|---|---|
| 24 Hours | Regional Director Support, Local Director for Service Engineering, Local Director for Technical Support | Sustain Engineering Project Manager, Alliances Account Manager | | |
| 48 Hours | | Regional Director Support, Local Director for Service Engineering, Local Director for Technical Support | | |
| 72 Hours | | | Alliances Account Manager | |
| 96 Hours | | | | Alliances Account Manager |

The escalation clock starts with receipt of issue call and all appropriate information. For the stated escalation schedule to apply, a Party must have received from the other all necessary information and test results/logs and network resources.

Once errors are escalated to senior management, the Parties will provide each other with an action plan for resolving the problem and will provide daily updates and corrections to that action plan until the problem is resolved.

9. **Information Access.** The Company will give Trend Micro appropriate access to its knowledge bases, support web, support manual etc. (in electronic format).

10. **Severely Infected or Architecturally Altered PCs:** In the low probability event of a problem or error in the Licensed Software when operating on a severely infected or architecturally altered personal computer ("PC"), Company agrees to provide Trend Micro with assistance necessary to help Trend Micro help restore the end users' PC to its state prior to the installation of the Licensed Software.

**EXHIBIT D**
**FORM OF ESCROW AGREEMENT**

THIS TECHNOLOGY ESCROW AGREEMENT (this "Escrow Agreement") is entered into effective as of _____, 2007 (the "Effective Date") between Trend Micro Incorporated, a Japanese corporation with its principal place of business at Shinjuku MAYNDS Tower, 1-1 Yoyogi 2-Chome, Shibuya-ku, Tokyo 151-0053, ("Trend Micro"); Blue Gem Security Inc., a Delaware Corporation, with its principal place of business located at 2 West Dry Creek Circle, Suite 100, Littleton, Colorado 80120 ("Company" or the "Depositor"); and Escrow Associates LLC, a Georgia limited liability company, having a place of business at 1303 Hightower Trail, Suite 220, Atlanta, GA. 30350 ("Escrow Agent"). Capitalized terms used but not defined herein will have the meaning given such terms in the Software Distribution Agreement.

**RECITALS**

A.      Trend Micro and Company have entered into a Software Distribution Agreement (the "**Agreement**") dated as of _____.

B.      The Agreement requires Company and Trend Micro to enter into an escrow agreement that provides for Company's deposit of certain technology and source code with an escrow agent for release to Trend Micro in certain circumstances.

Now, therefore, the parties agree as follows:

**AGREEMENT**

1.      **Deposit Materials**. "**Deposit Materials**" means, collectively, the Licensed Software and Major Product Updates that are to be provided to Trend Micro under the Agreement (all in source code form), together with all APIs and all related programming, technical, and systems documentation, sufficient for a reasonably skilled programmer to create the executable code form of each version of the Licensed Software and Major Product Update and modify and maintain such software. For purposes of this definition, with respect to any software, "source code" means the human-readable source code form of such software. All Deposit Materials must be in English.

2.      **Deposits**. Within ten (10) days after execution of the Agreement, Company will deliver to the Escrow Agent a copy of the Deposit Materials in existence as of such date (the "**Initial Deposit**"). Within thirty (30) days after any Deliverable or Major Product Update is delivered under the Agreement, Company will deliver a complete set of updated Deposit Materials for the Licensed Software or Product Updates (a "**Subsequent Deposit**") to the Escrow Agent. Once deposited with the Escrow Agent, no Deposit Materials will be destroyed or released except as provided in Section 6 or Section 8.

3.      **Receipt by Escrow Agent**. Company will furnish to the Escrow Agent a packing list in triplicate describing the Initial Deposit and each Subsequent Deposit. The Escrow Agent will issue a receipt for all Deposit Materials received and forward copies of such receipts and packing lists to both Trend Micro and Company.

4.      **Storage of Materials; Inspection**. The Escrow Agent will establish under its control a receptacle for the purpose of storing the Deposit Materials in safekeeping in an appropriate physical facility and will allow the inspection (including compilation) of the Deposit Materials by Trend Micro to confirm that each Deposit is complete or, at Trend Micro's request and expense, will perform such inspection itself. Any inspection by Trend Micro will be done in the presence of an authorized representative of the Escrow Agent.

Trend Micro will notify Company at least ten (10) days before any requested inspection and Company will have the right to attend the inspection. Authorized representatives of the Escrow Agent will have access to the Deposit Materials to the extent necessary for the Escrow Agent to perform its obligations under this Escrow Agreement.

5.   **Records**. The Escrow Agent will keep complete written records of the activities undertaken and the materials prepared and delivered to the Escrow Agent pursuant to this Escrow Agreement. Company or Trend Micro will be entitled at reasonable times during normal business hours, and upon reasonable notice to the Escrow Agent, to inspect the records of the Escrow Agent with respect to the Deposit Materials.

6.   **Term**. This Escrow Agreement will be effective as of the Effective Date upon execution by all three parties and will terminate only if and when (a) all of the Deposit Materials are delivered to Trend Micro pursuant to Section 8 or (b) Trend Micro and Company deliver to the Escrow Agent a joint notice of termination, directing the Escrow Agent to deliver the Deposit Materials to one or the other of them. Upon the expiration or termination of this Escrow Agreement, all copies of the Deposit Materials that have not previously been delivered to Trend Micro will be promptly returned to Company.

7.   **Release Events**. The following events ("**Release Events**") will give Trend Micro the right to receive a single copy of the Deposit Materials from the Escrow Agent pursuant to Section 8:

      **(a) Breach of Maintenance and Support Obligations**. Company has committed a material breach of its maintenance and support obligations under the Agreement, which breach has not been cured within the cure period set forth in Section 15 thereof; or

      **(b) Insolvency.** Any of the following has occurred with respect to Company (i) institution by Company of insolvency, receivership or bankruptcy proceedings or any other proceedings for the settlement of its debts, (ii) institution of involuntary bankruptcy proceedings against Company, which are not dismissed or otherwise resolved in its favor within sixty (60) days thereafter, (iii) upon Company's making a general assignment for the benefit of creditors, or (iv) upon Company's dissolution or ceasing to conduct business in the ordinary course (clauses (i) through (iv) collectively, "**Insolvency**").

      **(c) Beneficiary Request for Release.** If the provisions of Section 8 are met, Escrow Associates will within ten (10) business days forward a complete copy of the request to Depositor. Depositor shall have thirty (30) days to make any and all objections to the release known to Escrow Associates in writing. If after thirty (30) days Escrow Associates has not received any written objection from Depositor, Escrow Associates shall release the Deposit Materials within two (2) business days to Beneficiary as instructed by Beneficiary.

8.   **Delivery of Deposit Materials to Trend Micro.** The Escrow Agent agrees, and is hereby specifically authorized, to provide the Deposit Materials to Trend Micro promptly upon written notice by Trend Micro (a "**Release Notice**") that one or more of the Release Events described in Section 7 has occurred, and to provide Company with a copy of the Release Notice. The Release Notice must identify which Release Event or Release Events have occurred.

9.   **Bankruptcy**. Company and Trend Micro acknowledge that this Escrow Agreement is an "agreement supplementary to" the Agreement as provided in Section 365(n) of Title 11, United States Code (the "**Bankruptcy Code**"). Company acknowledges that if Company, as a debtor in possession or a trustee in bankruptcy in a case under the Bankruptcy Code, rejects the Agreement or this Escrow Agreement, Trend Micro may elect to retain its rights under this Escrow Agreement as provided in Section 365(n) of the Bankruptcy Code. Upon written request of Trend Micro to Company or the Bankruptcy Trustee, Company

or such Bankruptcy Trustee will not interfere with the rights of Trend Micro as provided in the Agreement and this Escrow Agreement, including the right to obtain the Deposit Materials.

**10.     Delivery Site; Title.**  Delivery of the Deposit Materials to Trend Micro, or return of the Deposit Materials to Company, will be made at the offices of Escrow Associates LLC, at 1303 Hightower Trail, Suite 220, Atlanta, GA 30350, unless special delivery instructions concerning delivery elsewhere are furnished to the Escrow Agent by the party authorized hereunder to receive the Deposit Materials. Title to copies of the Deposit Materials will pass (a) to the Escrow Agent, upon delivery thereof to the Escrow Agent when deposits are made pursuant to Section 2, and (b) to Trend Micro, upon delivery thereof to Trend Micro pursuant to Section 8.

**11.     Obligations of Escrow Agent.**  The Escrow Agent acknowledges that the Deposit Materials contain confidential and proprietary information of Company and Trend Micro. Accordingly, except as otherwise expressly provided in this Escrow Agreement, the Escrow Agent will not disclose, provide, or otherwise make available to any third party the Deposit Materials without the prior written consent of Company and Trend Micro. The Escrow Agent will be responsible for the acceptance, storage, and delivery of the Deposit Materials in accordance with the terms of this Escrow Agreement and for the exercise of due diligence in accordance with the high level of care accorded fiduciary obligations. Except as provided in Section 4, the Escrow Agent will have no obligation or responsibility (a) to verify that the Deposit Materials deposited with the Escrow Agent by Company do, in fact, consist of those items that Company is obligated to deliver under this Escrow Agreement or (b) to verify the existence, relevance, completeness, currency, or accuracy of the Deposit Materials. The Escrow Agent will be entitled to act in good faith reliance upon any written instruction, instrument, or signature believed in good faith to be genuine and to assume in good faith that any person purporting to give any writing, notice, advice, or written instruction in connection with, or relating to, this Escrow Agreement has been duly authorized to do so.

      If the Escrow Agent is, for any reason, uncertain of its obligation to deliver the Deposit Materials to Trend Micro pursuant to Section 8, it will deliver such materials to Trend Micro. Except as expressly provided in this Escrow Agreement, the Escrow Agent agrees that it will not divulge or disclose or otherwise make available to any third party, or make any use whatsoever, of the Deposit Materials, or any information deposited with it by Company in connection with this Escrow Agreement, without the express prior written consent of Company.

**12.     Indemnity & Limitation of Liability.**  Trend Micro and Company jointly and severally agree to defend and indemnify the Escrow Agent and to hold the Escrow Agent harmless from and against any and all claims, actions, and suits, whether groundless or otherwise, and from and against any and all liabilities, losses, damages, costs, charges, penalties, counsel fees, and any other expense of any other nature including, without limitation, settlement costs incurred by the Escrow Agent on account of any good faith act or omission of the Escrow Agent, in respect of, or with regard to, this Escrow Agreement except as to the Escrow Agent's negligence, willful misconduct, or breach of its obligations under this Escrow Agreement. Under no circumstance shall Escrow Associates be liable for any special, incidental, or consequential damages (including lost profits) arising out of this Agreement even if Escrow Associates has been apprised of the possibility of such damages. In performing any of its duties hereunder, Escrow Associates shall not incur any liability to any party for any damages, losses, or expenses, except for willful misconduct or gross negligence on the part of Escrow Associates, and it shall not incur any liability with respect to any action taken or omitted in reliance upon any written notice, request, waiver, consent, receipt or other document which Escrow Associates in reasonably good faith believes to be genuine.

**13.     Compensation.**  The Escrow Agent will be compensated as set forth on Schedule 2 attached hereto. The fees set forth in Schedule 2 are for Escrow Agent's ordinary services as escrow holder. If the Escrow Agent is required to perform any additional or extraordinary services as a result of being escrow holder,

including intervention in any litigation or proceeding, the Escrow Agent will receive, upon prior written approval of the parties responsible for payment of Escrow Agent's fees and expenses, reasonable compensation for such services and will be reimbursed for such costs incurred, including reasonable attorneys' fees. All costs and expenses for establishing and maintaining the escrow, including the Escrow Agent's fees and expenses, will be borne by Trend Micro. In the event that full payment of any or all fees due to Escrow Agent under this Agreement have not been received by Escrow Agent within thirty (30) days of the date payment is due, Escrow Agent will notify all parties hereto of the delinquent fees. If the delinquent fees are not received within thirty (30) days of the delinquency notification, Escrow Agent shall have the right to terminate this Agreement and destroy the Deposit Materials.

**14.** **Discharge of Escrow Agent.** The Escrow Agent may resign and be discharged from its duties or obligations hereunder by giving notice in writing of such resignation to Company and Trend Micro specifying a date when such resignation will take effect, which date must be at least sixty (60) days after the date of receipt of such notice. Prior to the effective date of such resignation, Trend Micro will arrange for the services of a new escrow agent selected by Trend Micro, and Company and Trend Micro agree to execute and deliver another escrow agreement with the new escrow agent having substantially the same terms as this Escrow Agreement. When Company or Trend Micro notifies the Escrow Agent of the name and address of the new escrow agent, the Escrow Agent will forward the Deposit Materials to the new escrow agent.

**15.** **Modification.** These escrow instructions are irrevocable except as they may be revoked or modified by written consent of Trend Micro, Company, and the Escrow Agent.

**16.** **Governing Law.** This Escrow Agreement will be governed by the laws of the United States and the State of California (without giving effect to principles of conflicts of laws that would require the application of the laws of any other jurisdiction).

**17.** **Notice.** All notices required by this Escrow Agreement will be sufficiently given:

      **(a)** upon delivery, if given in person with a signed receipt;

      **(b)** if given by facsimile transmission, upon acknowledgment of receipt of electronic transmission; or

      **(c)** if given by a nationally recognized overnight courier service, one (1) business day after deposit with such service.

All such notices will be addressed as follows:

If to Trend Micro:
With a copy to:
Trend Micro Incorporated
Shinjuku MAYNDS Tower, 1-1 Yoyogi 2-Chome,
Shibuya-ku, Tokyo 151-0053

If to Company:
With a copy to:
BlueGem Security Inc.
2 W. Dry Creek Circle, Suite 100
Littleton
Colorado 80120
Phone: (303) 734-7168
Fax: (720) 293-6402

If to Escrow Agent:
Escrow Associates, LLC
1303 Hightower Trail, Suite 220
Atlanta, GA 30350
Ph. 770.518.2541
Fx. 770.518.2452
info@escrowassociates.com

or to such other person or address as the parties may from time to time designate in a writing delivered pursuant to this <u>Section 18</u>.

**18.     Severability**.  If any provision of this Escrow Agreement is unenforceable or invalid under any applicable law, such unenforceability or invalidity will not render this Escrow Agreement unenforceable or invalid as a whole, and such unenforceable or invalid provision will be changed and interpreted so as to best accomplish the objectives of such provision within the limits of applicable law or applicable court decisions.

**19.     Waiver**.  The failure of any party to require performance by another party of any provision will not affect the full right to require such performance at any time thereafter, nor will the waiver by any party of a breach of any provision of this Escrow Agreement by any other party be taken or held to be a waiver of the provision itself.

**20.     Counterparts**.  This Escrow Agreement may be executed in counterparts, each of which will be deemed an original, but all of which will constitute one and the same instrument.

**21.     Rules of Construction**.  As used in this Escrow Agreement, all terms used in the singular will be deemed to include the plural, and vice versa, as the context may require.  The words "hereof," "herein," and "hereunder" refer to this Escrow Agreement as a whole, including the attached schedules, as the same may from time to time be amended or supplemented, and not to any subdivision in this Escrow Agreement.  When used in this Agreement, unless otherwise expressly stated, "including" means "including, without limitation" and "discretion" means "sole and absolute discretion."  References to a "Section" or an "Exhibit" will be to the applicable section or exhibit of this Agreement.  Descriptive headings are inserted for convenience only and will not be utilized in interpreting the Agreement.  This Agreement has been negotiated by the parties and reviewed by their respective counsel and will be fairly interpreted in accordance with its terms and without any strict construction in favor of or against either party.  This Escrow Agreement may be executed in several counterparts, each of which will constitute an original and all of which, when taken together, will constitute one agreement.

**22.     Survival**.  The following provisions will survive any termination of this Escrow Agreement or partial termination of this Escrow Agreement with respect to a portion of the Deposit Materials delivered pursuant to <u>Section 8</u>: Sections <u>12</u>, <u>16</u>, <u>17</u>, <u>18</u>, 19, <u>20</u>, <u>21</u>, <u>22</u> and <u>23</u>.

23.    **Entire Agreement**.  This Escrow Agreement, together with any schedule hereto, and the License Agreement, constitute the entire agreement between the parties with respect to the subject matter hereof. This Escrow Agreement supersedes all prior and contemporaneous oral, written, or other communications concerning the subject matter of this Escrow Agreement.  The terms of this Escrow Agreement may not be altered, amended, or modified except in a writing signed by a duly authorized representative of each party, except that Trend Micro and Company may agree in writing to modify the Release Events or the Deposit Materials required to be placed and held in escrow hereunder, and the Escrow Agent's consent to any such amendment will not be required provided that a copy of any such amendment is furnished to the Escrow Agent.

IN WITNESS WHEREOF, the parties have caused this Escrow Agreement to be executed as of the last date written below.

COMPANY CORPORATION                      TREND MICRO, INC.

By: _____              By: _____

Title: _____           Title: _____

Date: _____            Date: _____


ESCROW AGENT:

By: _____
Title: _____
Date: _____

Trend Micro Confidential

## SCHEDULE 1 TO ESCROW AGREEMENT
## DEPOSIT MATERIALS

Please complete Exhibit B form and enclose a copy with the Deposit Materials or contact us for details on electronic depositing.

**Attn: Vault Manager**
**Escrow Associates, LLC**
**1303 Hightower Trail, Suite 220**
**Atlanta, GA 30350   USA**
**1-800-813-3523**

Company Name: _____

Escrow Associates Account Number: _____

Product Name & Version: _____

    ☐ **Three-Party Agreement**      ☐ **New Deposit Account**

    ☐ **Two-Party Agreement**       ☐ **Update to existing Deposit Account**

Please list specific Beneficiaries under a Three-Party Agreement associated with this product/ update or check here to apply to all Beneficiaries:   ☐

    <u>Trend Micro Incorporated</u>      _____

_____      _____

Media Description:

| Quantity | Type | Description / Label |
|---|---|---|
| _____ | DVD/CDR | _____ |
| _____ | DAT/DDS Tape | _____ |
| _____ | Documentation | _____ |
| _____ | Other | _____ |

Deposit Prepared by:      Deposit Accepted by *(Escrow Associates):*

Signed: _____  Signed: _____

E-mail: _____  Name: _____

Date: _____   Date: _____

## SCHEDULE 2 TO ESCROW AGREEMENT
### FEE SCHEDULE

**Initialization Fee**                                                              $ 900
(First-year fee only.  Includes all contract review, modification and set-up of account.)

**Annual Maintenance Fee**                                                         $ 1200
(Annual fee.  Includes escrow deposit maintenance, all account activity notifications,
unlimited escrow deposit material updates, online account information access,
electronic depositing option, and two (2) cubic ft. storage allowance.)

Inspection monitoring Services                                                     TBD

**Exhibit E**
**Form of End User License Agreement**

# Trend Micro End User Agreement

Date: _____ 2007

**Important:** The following Agreement sets forth the terms and conditions under which Trend Micro is willing to allow you, an individual or an authorized representative of an entity, to download and use this Software. Read it carefully before deciding whether you accept or do not accept its terms.

BY SELECTING THE "I ACCEPT AGREEMENT" BUTTON OR BOX BELOW, YOU ARE EXPRESSING YOUR INTENT TO ENTER INTO, AND ARE ENTERING INTO, A BINDING LEGAL CONTRACT ("AGREEMENT") BETWEEN YOU AND TREND MICRO INCORPORATED OR ONE OF ITS AFFILIATES ("TREND MICRO"). THE TERMS AND CONDITIONS OF THE AGREEMENT THEN APPLY TO YOUR USE OF THE SOFTWARE. WE ENCOURAGE YOU TO PRINT A COPY OF THE AGREEMENT FOR YOUR RECORDS OR SAVE A COPY TO YOUR COMPUTER'S HARD DRIVE.

YOU MUST ACCEPT THIS AGREEMENT BEFORE YOU INSTALL OR USE THE SOFTWARE. IF YOU ARE AN INDIVIDUAL, THEN YOU MUST BE AT LEAST 18 YEARS OLD AND HAVE ATTAINED THE AGE OF MAJORITY IN THE STATE, PROVINCE OR COUNTRY WHERE YOU LIVE TO ENTER INTO THIS AGREEMENT. IF YOU ARE ACQUIRING THE SOFTWARE ON BEHALF OF AN ENTITY, THEN YOU MUST BE PROPERLY AUTHORIZED TO REPRESENT THAT ENTITY AND TO ACCEPT THIS AGREEMENT ON ITS BEHALF.

YOU ACCEPT THIS AGREEMENT BY CLICKING THE "I ACCEPT THE AGREEMENT" BUTTON OR BOX BELOW. IF YOU OR THE ENTITY YOU REPRESENT DOES NOT AGREE TO THE TERMS OF THIS AGREEMENT, SELECT "I DO NOT ACCEPT THE AGREEMENT". THEN NO AGREEMENT WILL BE FORMED AND YOU WILL NOT BE PERMITTED TO DOWNLOAD OR USE THE SOFTWARE.

1. **LICENSE GRANT.** Trend Micro grants you a non-exclusive, non-sublicensable and non-transferable right to install and use one copy of the Software on a single personal computer ("Computer") and to make one copy of the Software for backup or archival purposes. All rights in this Agreement are subject to your acceptance of this Agreement.

2. **USE RESTRICTIONS.** The Software is licensed not sold. Trend Micro or its suppliers own the title and intellectual property rights to the Software and documentation, and reserves all rights not expressly granted to you in this Agreement. You agree that you will not rent, loan, lease or sublicense the Software, use components of the Software separately or use the Software to provide services to others. You agree not to attempt to reverse engineer, decompile, modify, translate, disassemble, discover the source code of, or create derivative works from, any part of the Software, or authorize others to undertake any of these acts.

3. **MAINTENANCE/SUPPORT.** This Agreement entitles You to receive Updates and web-based technical support (collectively "Maintenance") during your "Subscription Term" to Trend Micro PC-cillin Internet Security ("TMIS"). Your Subscription Term starts on the date TMIS was first registered and ends 12, 24 or 36 months later, depending on the number of subscription months purchased. You must upgrade your license for TMIS or renew your Subscription Term to have the right to continue receiving Maintenance after the Subscription Term. "Updates" are new versions of the Software. Nothing in this Agreement shall prevent Trend Micro from offering any modified version of the Software or other products as a new product for additional consideration.

4. **BACK-UP.** For as long as you use the Software, you agree regularly to back-up your Computer programs and files ("Data") on a separate media. You acknowledge that the failure to do so may cause you to lose Data

in the event that any error in the Software causes Computer problems, and that Trend Micro is not responsible for any such Data loss.

5. **NO WARRANTY.** THE SOFTWARE IS PROVIDED "AS IS" WITHOUT WARRANTIES OF ANY KIND. TREND MICRO DOES NOT WARRANT THAT THE SOFTWARE IS SECURE OR ERROR FREE. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, TREND MICRO, ITS AFFILIATES AND SUPPLIERS DISCLAIM AND EXCLUDE ALL REPRESENTATIONS AND WARRANTIES WITH RESPECT TO THE SOFTWARE, EITHER EXPRESS, OR IMPLIED BY STATUTE, COMMON LAW OR TRADE USAGE, INCLUDING BUT NOT LIMITED TO WARRANTIES OR CONDITIONS OF TITLE, NONINFRINGEMENT OF THIRD PARTY RIGHTS, SATISFACTORY QUALITY, MERCHANTIBILITY AND FITNESS FOR A PARTICULAR PURPOSE.

6. **NO LIABILITY FOR CONSEQUENTIAL DAMAGES.**

   (A) TREND MICRO DOES NOT SEEK TO LIMIT OR EXCLUDE ITS LIABILITY IN THE EVENT OF DEATH OR PERSONAL INJURY CAUSED BY ITS NEGLIGENCE OR FOR FRAUD OR FOR ANY OTHER LIABILITY FOR WHICH IT IS NOT PERMITTED BY LAW TO EXCLUDE.

   (B) SUBJECT TO SECTION (A) ABOVE, IN NO EVENT SHALL TREND MICRO BE LIABLE TO YOU FOR ANY LOSSES WHICH WERE NOT REASONABLY FORSEEABLE AT THE TIME OF ENTERING INTO THIS AGREEMENT OR FOR ANY CONSEQUENTIAL, SPECIAL, INCIDENTAL OR INDIRECT DAMAGES OF ANY KIND OR FOR LOST OR CORRUPTED DATA OR MEMORY, SYSTEM CRASH, DISK/SYSTEM DAMAGE, LOST PROFITS OR SAVINGS, OR LOSS OF BUSINESS, ARISING OUT OF OR RELATED TO THIS AGREEMENT OR THE SOFTWARE OR SUBSCRIPTION SERVICES. THESE LIMITATIONS APPLY EVEN IF TREND MICRO HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND REGARDLESS OF THE FORM OF ACTION, WHETHER FOR BREACH OF CONTRACT, NEGLIGENCE, STRICT PRODUCT LIABILITY OR ANY OTHER CAUSE OF ACTION OR THEORY OF LIABILITY. IN NO CIRCUMSTANCES SHALL THE MAXIMUM LIABILITY OF TREND MICRO, ITS AFFILIATES AND SUPPLIERS TO YOU ARISING FROM OR RELATING TO THIS AGREEMENT EXCEED THE LICENCE FEE, IF ANY, PAID BY YOU FOR USE OF THE SOFTWARE. YOU AGREE TO THE LIMITATIONS OF LIABILITY IN THIS SECTION 5 AND ACKNOWLEDGE THAT WITHOUT YOUR AGREEMENT TO THIS PROVISION, THE FEES CHARGED FOR THE SOFTWARE WOULD BE HIGHER.

7. **CONSUMER PROTECTION.** SOME COUNTRIES, STATES AND PROVINCES, INCLUDING MEMBER STATES OF THE EUROPEAN ECONOMIC AREA, DO NOT ALLOW CERTAIN EXCLUSIONS OR LIMITATIONS OF LIABILITY, SO THE ABOVE DISCLAIMER OF WARRANTY OR LIMITATION OF LIABILITIES (SECTIONS 4 AND 5) MAY NOT FULLY APPLY TO YOU. YOU MAY HAVE ADDITIONAL RIGHTS AND REMEDIES. SUCH POSSIBLE RIGHTS OR REMEDIES, IF ANY, SHALL NOT BE AFFECTED BY THIS AGREEMENT.

8. **EXPORT CONTROL.** The Software is subject to export controls under the U.S. Export Administration Regulations. The Software may not be exported or re-exported to entities within, or residents or citizens of, embargoed countries or countries subject to applicable trade sanctions, nor to prohibited or denied persons or entities without proper government licenses. Information about such restrictions can be found at the following: www.bis.doc.gov/complianceandenforcement/ListsToCheck.htm and http://www.treas.gov/ofac/. You are responsible for any violation of the US export control laws related to your copy of the Software. By accepting this Agreement, you confirm that you are not a resident or citizen of any country currently embargoed by the U.S. and that you are not otherwise prohibited from receiving the Software.

9. **U.S. GOVERNMENT RESTRICTED RIGHTS.** If the entity on whose behalf you are acquiring the Software is any unit or agency of the United States Government, then that Government entity acknowledges that the Software, (i) was developed at private expense, (ii) is commercial in nature, (iii) is not in the public

domain, and (iv) is "Restricted Computer Software" as that term is defined in Clause 52.227 19 of the Federal Acquisition Regulations (FAR) and is "Commercial Computer Software" as that term is defined in Subpart 227.471 of the Department of Defense Federal Acquisition Regulation Supplement (DFARS).   The Government agrees that (i) if the Software is supplied to the Department of Defense (DoD), the Software is classified as "Commercial Computer Software" and the Government is acquiring only "restricted rights" in the Software and its documentation as that term is defined in Clause 252.227 7013(c)(1) of the DFARS, and (ii) if the Software is supplied to any unit or agency of the United States Government other than DoD, the Government's rights in the Software and its documentation will be as defined in Clause 52.227 19(c)(2) of the FAR.

10. **TERMINATION.** Trend Micro may terminate your rights under this Agreement immediately and without notice if you fail to comply with any term or condition of this Agreement. Upon such termination, you agree to delete or destroy all copies of the Software. You may terminate this Agreement at any point by destroying or deleting all copies of the Software.

11. **GOVERNING LAW.** If you are located in the United States or Canada, this Agreement will be governed by the laws of the State of California, USA.  If you are located in Australia or New Zealand, this Agreement will be governed by the laws of New South Wales, Australia.

12. **GENERAL.** This Agreement and specifications regarding your Subscription Term to TMIS comprise the entire agreement between you and Trend Micro and supersede any prior agreement or understanding, whether written or oral, relating to the subject matter of this Agreement. In the event that any provision of this Agreement is found invalid, that finding will not affect the validity of the remaining parts of this Agreement. Trend Micro may assign or subcontract some or all of its obligations under this Agreement to qualified third parties or its affiliates and/or subsidiaries, provided that no such assignment or subcontract shall relieve Trend Micro of its obligations under this Agreement.

13. **QUESTIONS.** Visit www.trendmicro.com/support/consumer if you have a question about the Software. Direct all questions about this Agreement to: legalnotice@trendmicro.com.

**Exhibit F**
**Third Party Technology Disclosure**


**Third Party Technology in Licensed Software**:  None.

Initial:

# EXHIBIT 2

Click Here to Install Silverlight                                                    United States Change | All Microsoft Sites

*Microsoft*

Download Center

| Download Center Home | Search | All Downloads | ▼ | | Go | Advanced Search |

**Product Families**
Windows
Office
Servers
Business Solutions
Developer Tools
Windows Live
MSN
Games & Xbox
Windows Mobile
All Downloads

**Download Categories**
Games
DirectX
Internet
Windows Security & Updates
Windows Media
Drivers
Home & Office
Mobile Devices
Mac & Other Platforms
System Tools
Development Resources

**Download Resources**
Microsoft Update Services
Download Center FAQ
Related Sites

**Download Notifications**
Notifications Signup

**Worldwide Downloads**
Countries & Regions



# Introduction to the Medium IT Solution Series

*Microsoft*

### Brief Description
This introduction provides an overview to the Medium IT Solution Series. It defines the audience, provides the usage scenarios, and presents a roadmap for the solutions that make up the Medium IT Solution Series.

### On This Page
Quick Details                           Overview
System Requirements                     Instructions
Additional Information

[Download]

### Quick Details

| | |
|---|---|
| File Name: | Introduction_to_the_Medium_IT_Solution_Series_v1.0.msi |
| Version: | 1 |
| Date Published: | 1/15/2005 |
| Language: | English |
| Download Size: | 277 KB |
| Estimated Download Time: | Dial-up (56K) ▼  1 min |

### Overview
The *Medium IT Solution Series* is designed for growing businesses that are progressively increasing the use of IT to empower employees and connect with customers. The solution series provides greater flexibility in terms of IT design and the number of supported users. The solution series is intended for medium-sized businesses with 50 to 250 users. For more information on the *Medium IT Solution Series*, refer to the ***Introduction to the Medium IT Solution Series*** document.

The *Medium IT Solution Series* comprises the following eight solutions and three guides:

- **Medium Business Solution for Core Infrastructure:** Provides guidance for implementing the core infrastructure that serves as a prerequisite for deploying the rest of the solutions in this series. The core infrastructure includes the main office and the branch office LANs, the network and directory services, secure Internet connectivity, and file services.

- **Medium Business Solution for Management and Security using Active Directory Group Policy (Beta):** Provides guidance on designing and setting up the OU structure and configuring and implementing Group Policy to perform folder redirection, software installation, wireless configuration, SUS client configuration, and configuring user accounts to use roaming profiles.

- **Medium Business Solution for Messaging Services:** Provides guidance on implementing Exchange Server 2003-based messaging services for medium businesses.

- **Medium Business Solution for Collaboration Services:** Provides guidance on using Windows® SharePoint™ Services sites to implement company intranet and extranet Web portal sites.

- **Medium Business Solution for Print Services:** Provides guidance on implementing different print service configurations to meet the unique printing requirements of the organization, such as centralized print administration and IP printing.

- **Medium Business Solution for Remote Connectivity:** Provides guidance on implementing client-to-site and site-to-site remote connectivity using the VPN service of ISA Server 2004. The solution also covers alternative remote access methods, such as remote access to e-mail and internal Web sites over the Internet and remote access to LOB applications using Terminal Server.

- **Medium Business Solution for Patch Management:** Provides guidance on implementing a centralized patch management solution using Software Update Services (SUS) to keep servers and client computers up-to-date with software updates.

- **Medium Business Solution for Client Configuration:** Provides guidance on configuring client computers and devices in the medium IT environment to obtain maximum benefits for the medium business.

- **Medium Business Guide for Antivirus:** Provides referential guidance on selecting an antivirus solution, and on designing and implementing the solution in the medium IT environment to protect both the server infrastructure and client computers from viruses, worms, and Trojans.

- **Medium Business Guide for Backup and Recovery:** Provides referential guidance on selecting a backup and recovery services implementation, and on designing and implementing the services in a medium IT environment to protect organizational data from loss and downtime.

- **Medium Business Guide for Pilot Deployment and Migration (Beta):** Provides referential guidance for migrating an existing environment to a new environment that is developed using the guidance provided in the *Medium IT Solution Series*. The solution provides guidance on how to plan, migrate, test, and implement the new environment using a pilot deployment.

**Note:** The *Medium Business Solution for Management and Security using Active Directory Group Policy* and the *Medium Business Guide for Pilot Deployment and Migration* are being released as Beta. They are available separately and are not a part of the download of the entire *Medium IT Solution Series*.

**Other Offerings from Microsoft Solutions for Small and Medium Business**

- Program Overview provides details of the solutions that make up the program.

- Peer-to-Peer Networking with Windows XP: Designed for a server-less environment with up to ten users.

- Small IT Solution: Designed as an entry level server-based solution for up to 50 users.

- Small IT Solution for Mobility: Designed as a Windows Mobile-based solution to enable mobility in Small Business Server-based environments with up to 50 users.

Send questions or feedback to us directly at CISFdbk@microsoft.com.

↑ Top of page

## System Requirements

- **Supported Operating Systems:** Windows 2000; Windows 2000 Service Pack 2; Windows 2000 Service Pack 3; Windows 2000 Service Pack 4; Windows 98; Windows 98 Second Edition; Windows ME; Windows NT; Windows Server 2003; Windows XP
- For Windows NT, Windows 9X, Windows Millennium Edition, or Windows 2000, please read the important section of the instructions below.
- Microsoft® Word is required to view the documentation.

↑ Top of page

## Instructions

1. Click the download button on this page.
2. Do one of the following:
   To start the installation immediately,click Open or Run this program from its current location.
   To copy the download to your computerfor installation at a later time, click Save or Save this program to disk.

**Important:**
Users of Microsoft® Windows 95 or Microsoft® Windows 98 or Microsoft® Windows ME will need to have Windows Installer 2.0 Redistributable for Windows 95, 98, and ME installed.
Users of Microsoft® NT 4.0 or Microsoft® Windows 2000 will need to have Windows Installer 2.0 Redistributable for Windows NT 4.0 and 2000 installed.

↑ Top of page

## Additional Information

### Sign up for Update Notifications

Register to receive update notifications so you can stay informed about new and updated TechNet IT Solutions. You can select one or more topics for update notification such as: messaging, networking, security, and medium business solutions.

TechNet IT Solutions are toolkits for IT professionals who are trying to deploy complex solutions using Microsoft products and technologies. Each IT Solution may contain end-to-end guidance, scripts and templates that simplify deployment of the security, management, infrastructure, and migration IT projects your organization will undertake this year.

Notifications will be sent to you in a customized version of the *TechNet Flash* newsletter every two weeks. Notifications are currently available in English only.

↑ Top of page

---

Manage Your Profile  |  Contact Us

© 2009 Microsoft Corporation. All rights reserved. Contact Us  |  Terms of Use  |  Trademarks  |  Privacy Statement

# EXHIBIT 3



# News Releases

News Releases

## Latest Version of Trend Micro Worry-Free™ Business Security Protects Windows Essential Server Solutions

**Trend Micro Worry-Free Business Security 5.1 provides safer, smarter and simpler Internet security for business owners running the latest Windows Small Business Server 2008 or Essential Business Server 2008 solutions from Microsoft Corp.**

**CUPERTINO, Calif., Nov. 12, 2008** -- Trend Micro Inc. (TSE: 4704), a global leader in Internet content security, announced today an updated version of its flagship Worry-Free Business Security for small businesses that require integrated defense and automatic Web threat protection against emerging Web threats with minimal administrative requirements.

Trend Micro Worry-Free Business Security 5.1, a single, all-in-one solution, now protects businesses running the latest Windows Essential Server Solutions: Microsoft™ Small Business Server 2008 (for small businesses with fewer than 75 PCs); and Microsoft Essential Business Server 2008 (for mid-size businesses with fewer than 300 PCs). It also protects Microsoft™ Exchange 2007 on Windows™ Server 2008 users. With Worry-Free Business Security 5.1, viruses, spyware, spam and emerging Web threats are blocked before they reach a company's network.

Powered by the Trend Micro™ Smart Protection Network, a next-generation cloud-client content security infrastructure designed to protect customers from Web threats, Trend Micro Worry-Free Business Security 5.1 offers small and medium sized businesses safer, smarter and simpler security to protect themselves from the dramatic increase in cybercrime and Web threats. Thanks to correlated, up-to-the-minute threat intelligence that the Trend Micro Smart Protection Network delivers, small and medium sized business customers of Worry-Free Business Security 5.1 get immediate protection across the Windows Essential Server Solutions platforms.

"We're excited that the latest version of Trend Micro Worry-Free Business Security provides safer, smarter, and simpler security for customers and channel partners running the latest Windows Essential Server Solutions," said Frank Mong, vice president of marketing for the SMB business unit of Trend Micro. "With Worry-Free Business Security solutions, businesses with limited IT resources have the ability to secure their latest Windows Essential Business Server or Small Business Server infrastructure, data, and other IT assets with the same level of protection used by larger enterprises, but without the complexity."

"Microsoft is pleased to support Trend Micro in offering Web threat protection that businesses need to remain competitive," said Eric Kidd, General Manager, Windows Server Division, Microsoft Corp. "The combination of Trend Micro Worry-Free Security 5.1 and Microsoft's Windows Essential Server Solutions provides our mutual small and midsize business customers with a secure platform for their diverse computing needs."

Worry-Free Business Security 5.1, available on November 18, is designed to be:

**Safer**- With integrated Web threat protection technology, Web threats are blocked before they reach businesses and infect computers.

**Smarter**- Trend Micro's hosted security technologies are powered by the Trend Micro Smart Protection Network and are constantly updated, requiring no configuration or local maintenance, and won't slow down computers.

**Simpler**- Worry-Free Business Security is designed to be easy to install and deploy requiring zero administration. Automatic configuration provides the ideal combination of flexibility and security for remote employees.

**About Trend Micro:**

Trend Micro Incorporated, a global leader in Internet content security, focuses on securing the exchange of digital information for businesses and consumers. A pioneer and industry vanguard, Trend Micro is advancing integrated threat management technology to protect operational continuity, personal information, and property from malware, spam, data leaks and the newest Web threats. Visit TrendWatch at http://www.trendmicro.com/go/trendwatch to learn more about the threats. Trend Micro's flexible solutions, available in multiple form factors, are supported 24/7 by threat intelligence experts around the globe. Many of these products and solutions are powered by the Trend Micro™ Smart Protection Network, a next generation cloud-client content security infrastructure designed to protect customers from Web threats. A transnational company, with headquarters in Tokyo, Trend Micro's trusted security solutions are sold through its business partners worldwide. Please visit http://www.trendmicro.com/.

All product and company names herein may be trademarks of their registered owners.

Copyright (c) 1989-2007 Trend Micro Incorporated. All rights reserved.

# EXHIBIT 4

**Joe Park**

| | |
|---|---|
| **From:** | Sunsa_Lue@trend.com.tw |
| **Sent:** | Tuesday, June 03, 2008 1:18 AM |
| **To:** | jpark@bluegemsecurity.com; bhesser@bluegemsecurity.com |
| **Subject:** | BlueGem LocalSSL Technical Questions |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Hi Joe,

Sorry to bother your time.

Could you kindly provide me the answer of the following question related to LocalSSL, our legal team is asking,

1. When LocalSSL perform the encryption, is that using IDT or ISR?
2. What encryption/decription libraries do you use for LocalSSL?

Any technical document you can share with us?

Thanks.

Sincerely,

Sunsa

TREND MICRO EMAIL NOTICE
The information contained in this email and any attachments is confidential and may be subject to copyright or other intellectual property protection. If you are not the intended recipient, you are not authorized to use or disclose this information, and we request that you notify us by reply mail or telephone and delete the original message from your mail system.

# EXHIBIT 5

1/22/2009

 CDW Product Overview : Trend Micro ...

**800.750.4239**



## Trend Micro Worry-Free Business Security Advanced - license

Mfg. Part: CMNN0077  |  CDW Part: 1473725  |  UNSPSC: 43233205



Free Business Security Advanced - License + 1 Year Maintenance - 1 user - 51-250 licenses - Win

| | | |
|---|---|---|
| **$44.99** | **Advertised Price** | |
| **$735.99** Advertised Price | Trend Micro 24x7 Support technical support – 1 year | |
| Availability: **Call** | | |

## Product Overview

### Main Features

Free Business Security Advanced
License + 1 Year Maintenance
1 user
51-250 licenses
Win

Worry-Free Business Security Advanced protects your small business and its reputation against data theft, risky websites, and overwhelming spam. Trend Micro's safer, smarter, simpler security blocks web-based threats and other malware to protect your business assets and customer information. Only Trend Micro offers web threat protection that addresses the exponential growth of web threats with constant updates that won't slow your PCs down. Trend Micro's knowledge base rapidly deploys to defend all customers like a global neighborhood watch. Advanced includes InterScan Messaging Hosted Security to block spam before it reaches your network. Advanced protects Microsoft Exchange and Small Business Servers, Microsoft Windows servers, PCs, and laptops.

## Technical Specifications

*Specifications are provided by the manufacturer. Refer to the manufacturer for an explanation of the print speed and other ratings.*

**Header**
| | |
|---|---|
| Compatibility: | PC |
| Manufacturer: | Trend Micro Drop Ship Cor |
| Model: | Advanced |
| Packaged Quantity: | 1 |
| Product Line: | Trend Micro Worry-Free Business Security |

**Service**
| | |
|---|---|
| Support Details Full Contract Period: | 1 year |

**Service & Support Details**
| | |
|---|---|
| Service Type: | New releases update |
| Service Type: | Phone consulting |
| Service Type: | Web support |
| Service Type: | Virus definitions update |

**Software**
| | |
|---|---|
| Bundled Support: | 1 Year Maintenance |
| Category: | Security applications |
| License Category: | License |
| License Pricing: | Volume |
| License Qty: | 1 user |
| License Type: | License |
| Licensing Program: | Trend Micro Worry-Free Security Solutions for Small and Medium Business |
| Subcategory: | Security - security suite |
| Volume Pricing Level: | 51-250 licenses |

**System Requirements**
| | |
|---|---|
| Platform: | Windows |

**Service & Support**
| | |
|---|---|
| Type: | New releases update |

**This page was printed on Jan 22, 2009 18:59 PM**

# EXHIBIT 6



BlueGem Security, Inc.
440 N. Wolfe Road
Sunnyvale, CA 94085

Mr. Arthur Vardanyan
Business Development
Trend Micro Inc.
10101 N. De Anza Blvd., Suite 200
Cupertino, CA 95014

November 11, 2008

Dear Arthur,

Further to our meeting today, I am writing to alert you to an issue that needs immediate resolution. We hope to build a productive and mutually beneficial relationship as we have significantly assisted Trend Micro to build sales of its highly acclaimed new products –TIS Pro, Safe Surfing Companion, Worry-Free Business Security, etc. - that leveraged our LocalSSL PRO for Trend Micro Edition software.

However, we have become aware that Trend Micro's use of our licensed software, LocalSSL Pro for Trend Micro Edition, currently falls outside of our agreement dated January 18, 2007, as outlined below.

The referenced licensing agreement for LocalSSL Pro for Trend Micro Edition only includes its use for Microsoft Internet Explorer versions 5.x, 6.x, and 7.x, as listed in Exhibit A of the agreement. Our current agreement does not include and was never intended to include subsequent versions of Internet Explorer beyond version 7.x, within the fee structure detailed in Section 5 of our existing agreement. Microsoft currently has released a beta version of Internet Explorer 8.0 and has announced that it will be launching the full production version of it prior to the end of 2008. Therefore, in order to insure Trend Micro's continuing compliance with the terms of the agreement, it is imperative that we need to reach immediate agreement.

We are ready and willing to work with you that Trend Micro obtains a valid license for the Internet Explorer version 8.0 from us. To accomplish this, we need to reach immediate agreement as to the appropriate license fees and terms. We look forward to coming to a mutual agreement shortly.

Sincerely,

Joe Park
President

# Exhibit B

# SUMMONS
## *(CITACION JUDICIAL)*

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
TREND MICRO INCORPORATED, a Japanese corporation; and
DOES 1-5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
BLUEGEM SECURITY, INC., a Delaware corporation,

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 30 2009

John A. Clarke, Executive Officer/Clerk

BY MARY GARCIA, Deputy

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case.  There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.   If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.  Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca.  Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.  Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales.  Es recomendable que llame a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.  Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
LOS ANGELES SUPERIOR COURT
111 N. Hill Street
111 N. Hill Street
Los Angeles, CA  90012
Central District

CASE NUMBER:
*(Número del Caso):* BC406717

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Ekwan E. Rhow - SBN: 174604          (210) 201-2110
Bird, Marella, et al.
1875 Century Park East, 23rd Floor   JOHN A. CLARKE, CLERK
Los Angeles, CA  90067-2561

DATE:                                                      M. GARCIA                  , Deputy
*(Fecha)*                          *(Secretario)*                                   *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*                              **Page 1 of 1**

---

# Exhibit C

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Ekwan E. Rhow - SBN. 174604<br>Eric E. Bronson - SBN. 110279<br>Bird, Marella, et al.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA  90067-2561 | **CONFORMED COPY**<br>OF ORIGINAL FILED<br>Los Angeles Superior Court<br><br>JAN 30 2009<br><br>John A. Clarke, Executive Officer/Clerk<br>BY MARY GARCIA, Deputy |

TELEPHONE NO.: (310) 201-2100   FAX NO.: (210) 201-2110
ATTORNEY FOR *(Name):* Plaintiff BlueGem Security, Inc.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, CA  90012
BRANCH NAME: Central District

CASE NAME:   BLUEGEM SECURITY, INC. v. TREND MICRO INCORPORATED

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited    [ ] Limited<br>(Amount         (Amount<br>demanded       demanded is<br>exceeds $25,000) $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | BC406717<br>JUDGE:<br>DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[X] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties     d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel  e. [ ] Coordination with related actions pending in one or more courts
        issues that will be time-consuming to resolve              in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence          f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [X] punitive

4. Number of causes of action *(specify):*

5. This case [ ] is [X] is not   a class action suit.

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: January 30, 2009

Eric E. Bronson
_____
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Legal<br>Solutions<br>Plus | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property
    Damage/Wrongful Death
Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
        Wrongful Death
Product Liability *(not asbestos or
    toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice—
        Physicians & Surgeons
    Other Professional Health Care
        Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury/PD/WD
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    Negligent Infliction of
        Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
Defamation (e.g., slander, libel)
    (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
        Contract *(not unlawful detainer
        or wrongful eviction)*
    Contract/Warranty Breach—Seller
        Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
        Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case—Seller Plaintiff
    Other Promissory Note/Collections
        Case
Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ—Administrative Mandamus
    Writ—Mandamus on Limited Court
        Case Matter
    Writ—Other Limited Court Case
        Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal—Labor
        Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of
        County)
    Confession of Judgment *(non-
        domestic relations)*
    Sister State Judgment
    Administrative Agency Award
        *(not unpaid taxes)*
    Petition/Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment
        Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
        harassment)*
    Mechanics Lien
    Other Commercial Complaint
        Case *(non-tort/non-complex)*
    Other Civil Complaint
        *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
        Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief from Late
        Claim
    Other Civil Petition

| SHORT TITLE: BlueGem Security, Inc. v. Trend Micro Incorporated | CASE NUMBER | BC 406717 |
|---|---|---|

### CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

Item I.  Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? [X] YES   CLASS ACTION? [ ] YES   LIMITED CASE? [ ] YES   TIME ESTIMATED FOR TRIAL [ ] HOURS/ [5] DAYS

Item II.  Select the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:**  After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:**  Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:**  In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

---

**Applicable Reasons for Choosing Courthouse Location (See Column C below)**

1. Class Actions must be filed in the County Courthouse, Central District.
2. May be filed in Central (Other county, or no Bodily Injury/Property Damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.

---

**Step 4:**  Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | [ ] A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | [ ] A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/Property Damage/Wrongful Death Tort** | Asbestos (04) | [ ] A6070  Asbestos Property Damage | 2. |
| | | [ ] A7221  Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | [ ] A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | [ ] A7210  Medical Malpractice - Physicians & Surgeons | 1., 2., 4. |
| | | [ ] A7240  Other Professional Health Care Malpractice | 1., 2., 4. |
| | Other<br>Personal Injury<br>Property Damage<br>Wrongful Death<br>(23) | [ ] A7250  Premises Liability (e.g., slip and fall) | 1., 2., 4. |
| | | [ ] A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 2., 4. |
| | | [ ] A7270  Intentional Infliction of Emotional Distress | 1., 2., 3. |
| | | [ ] A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | Business Tort (07) | [ ] A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | [ ] A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | [ ] A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | [ ] A6013  Fraud (no contract) | 1., 2., 3. |

| LACIV 109 (Rev. 01/07)<br>LASC Approved 03-04 | **CIVIL CASE COVER SHEET ADDENDUM**<br>**AND STATEMENT OF LOCATION** | LASC, rule 2.0<br>Page 1 of 4<br>LA-4B1 |
|---|---|---|

| SHORT TITLE: BlueGem Security, Inc. v. Trend Micro Incorporated | CASE NUMBER |
|---|---|

| **A**<br>Civil Case Cover Sheet Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons - See Step 3 Above |
|---|---|---|
| **Professional Negligence** (25) | ☐ A6017  Legal Malpractice | 1., 2., 3. |
|  | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| **Other (35)** | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Wrongful Termination** (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| **Other Employment** (15) | ☐ A6024  Other Employment Complaint Case | 1., 2., 3. |
|  | ☐ A6109  Labor Commissioner Appeals | 10. |
| **Breach of Contract/ Warranty** (06) (not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not Unlawful Detainer or wrongful eviction) | 2., 5. |
|  | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
|  | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
|  | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| **Collections** (09) | ☐ A6002  Collections Case-Seller Plaintiff | 2., 5., 6. |
|  | ☐ A6012  Other Promissory Note/Collections Case | 2., 5. |
| **Insurance Coverage** (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| **Other Contract** (37) | ☒ A6009  Contractual Fraud | 1., 2., 3., 5. |
|  | ☐ A6031  Tortious Interference | 1., 2., 3., 5. |
|  | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Eminent Domain/Inverse Condemnation (14)** | ☐ A7300  Eminent Domain/Condemnation    Number of parcels _____ | 2. |
| **Wrongful Eviction** (33) | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| **Other Real Property** (26) | ☐ A6018  Mortgage Foreclosure | 2., 6. |
|  | ☐ A6032  Quiet Title | 2., ,6. |
|  | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer - Commercial (31)** | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| **Unlawful Detainer - Residential (32)** | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| **Unlawful Detainer - Drugs (38)** | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |
| **Asset Forfeiture (05)** | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| **Petition re Arbitration (11)** | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |

Left margin vertical labels: Non-Personal Injury/Property Damage/ Wrongful Death Tort (Cont'd.) · Employment · Contract · Real Property · Unlawful Detainer · Judicial Review

| SHORT TITLE: BlueGem Security, Inc. v. Trend Micro Incorporated | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| Judicial Review [Cont'd.] | Writ of Mandate<br><br>(02) | ☐  A6151  Writ - Administrative Mandamus | 2., 8. |
| | | ☐  A6152  Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐  A6153  Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review<br>(39) | ☐  A6150  Other Writ / Judicial Review | 2., 8. |
| Provisionally Complex Litigation | Antitrust/Trade Regulation (03) | ☐  A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐  A6007  Construction defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐  A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐  A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐  A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐  A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| Enforcement of Judgment | Enforcement of Judgment<br><br>(20) | ☐  A6141  Sister State Judgment | 2., 9. |
| | | ☐  A6160  Abstract of Judgment | 2., 6. |
| | | ☐  A6107  Confession of Judgment (non-domestic relations) | 2., 9. |
| | | ☐  A6140  Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐  A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐  A6112  Other Enforcement of Judgment Case | 2., 8., 9. |
| Miscellaneous Civil Complaints | RICO (27) | ☐  A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints<br>(Not Specified Above)<br><br>(42) | ☐  A6030  Declaratory Relief Only | 1., 2., 8. |
| | | ☐  A6040  Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐  A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | ☐  A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| Miscellaneous Civil Petitions | Partnership Corporation Governance (21) | ☐  A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions<br>(Not Specified Above)<br><br>(43) | ☐  A6121  Civil Harassment | 2., 3., 9. |
| | | ☐  A6123  Workplace Harassment | 2., 3., 9. |
| | | ☐  A6124  Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | ☐  A6190  Election Contest | 2. |
| | | ☐  A6110  Petition for Change of Name | 2., 7. |
| | | ☐  A6170  Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | ☐  A6100  Other Civil Petition | 2., 9. |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

| SHORT TITLE: BlueGem Security, Inc. v. Trend Micro Incorporated | CASE NUMBER |
|---|---|

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., Step 3 on Page 1, as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER COLUMN C WHICH APPLIES IN THIS CASE | ADDRESS: |
|---|---|
| ☐1. ☐2. ☐3. ☐4. ☒5. ☐6. ☐7. ☐8. ☐9. ☐10. | 1055 East Colorado Boulevard Suite 550 |

| CITY: Pasadena | STATE: CA | ZIP CODE: 91106 | |
|---|---|---|---|

Item IV. *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the <u>LOS ANGELES SUPERIOR COURT</u>   courthouse in the <u>Central</u>   District of the Los Angeles Superior Court (Code Civ. Proc., § 392 et seq., and LASC Local Rule 2.0, subds. (b), (c) and (d)).

Dated: <u>January 30, 2009</u>

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

ERIC E. BRONSON

---

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet form CM-010.

4. Complete Addendum to Civil Case Cover Sheet form LACIV 109 (Rev 01/07), LASC Approved 03-04.

5. Payment in full of the filing fee, unless fees have been waived.

6. Signed order appointing the Guardian ad Litem, JC form FL-935, if the plaintiff or petitioner is a minor under 18 years of age, or if required by Court.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 4 of 4

# Exhibit D

BC406717

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### NOTICE OF CASE ASSIGNMENT - UNLIMITED CIVIL CASE
Case Number _____

**THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT**

Your case is assigned for all purposes to the judicial officer indicated below (Local Rule 7.3(c)). There is additional information on the reverse side of this form.

| ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM | |
|---|---|---|---|---|---|---|---|
| Hon. Elihu M. Berle | 1 | 534 | | Hon. Holly E. Kendig | 42 | 416 | |
| Hon. J. Stephen Czuleger | 3 | 224 | | Hon. Mel Red Recana | 45 | 529 | |
| Hon. Luis A. Lavin | 13 | 630 | | Hon. Aurelio Munoz | 47 | 507 | |
| Hon. Terry A. Green | 14 | 300 | | Hon. Elizabeth Allen White | 48 | 506 | |
| Hon. Richard Fruin | 15 | 307 | | Hon. Conrad Aragon | 49 | 509 | |
| Hon. Rita Miller | 16 | 306 | | Hon. John Shepard Wiley Jr. | 50 | 508 | |
| Hon. Mary Thornton House | 17 | 309 | | Hon. Abraham Khan | 51 | 511 | |
| Hon. Helen I. Bendix | 18 | 308 | | Hon. Susan Bryant-Deason | 52 | 510 | |
| Hon. Judith C. Chirlin | 19 | 311 | | Hon. John P. Shook | 53 | 513 | |
| Hon. Kevin C. Brazile | 20 | 310 | | Hon. Ernest M. Hiroshige | 54 | 512 | |
| Hon. Zaven V. Sinanian | 23 | 315 | | Hon. Malcolm H. Mackey | 55 | 515 | |
| Hon. Robert L. Hess | 24 | 314 | | Hon. Jane L. Johnson | 56 | 514 | |
| Hon. Mary Ann Murphy | 25 | 317 | | Hon. Ralph W. Dau | 57 | 517 | |
| Hon. James R. Dunn | 26 | 316 | | Hon. Rolf M. Treu | 58 | 516 | |
| Hon. Yvette M. Palazuelos | 28 | 318 | | Hon. David L. Minning | 61 | 632 | |
| Hon. John A. Kronstadt | 30 | 400 | | Hon. Michael L. Stern | 62 | 600 | |
| Hon. Alan S. Rosenfield | 31 | 407 | | Hon. Kenneth R. Freeman | 64 | 601 | |
| Hon. Mary H. Strobel | 32 | 406 | | Hon. Mark Mooney | 68 | 617 | |
| Hon. Charles F. Palmer | 33 | 409 | | Hon. Edward A. Ferns | 69 | 621 | |
| Hon. Amy D. Hogue | 34 | 408 | | Hon. Soussan G. Bruguera | 71 | 729 | |
| Hon. Gregory Alarcon | 36 | 410 | | Hon. Ruth Ann Kwan | 72 | 731 | |
| Hon. Joanne O'Donnell | 37 | 413 | | Hon. Teresa Sanchez-Gordon | 74 | 735 | |
| Hon. Maureen Duffy-Lewis | 38 | 412 | | Hon. William F. Fahey | 78 | 730 | |
| Hon. Michael C. Solner | 39 | 415 | | **Hon. Carl J. West\*** | **311** | **CCW** | |
| Hon. Ann I. Jones | 40 | 414 | | Other | | | |
| Hon. Ronald M. Sohigian | 41 | 417 | | | | | |

**\*Class Actions**
All class actions are initially assigned to Judge Carl J. West in Department 311 of the Central Civil West Courthouse (600 S. Commonwealth Ave., Los Angeles 90005). This assignment is for pretrial purposes and for the purpose of assessing whether or not the case is complex within the meaning of California Rules of Court, rule 3.400. Depending on the outcome of that assessment, the class action case may be reassigned to one of the judges of the Complex Litigation Program or reassigned randomly to a court in the Central District.

Given to the Plaintiff/Cross-Complainant/Attorney of Record on _____   JOHN A. CLARKE, Executive Officer/Clerk

By _____, Deputy Clerk

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the Chapter Seven Rules, as applicable in the Central District, are summarized for your assistance.

### APPLICATION

The Chapter Seven Rules were effective January 1, 1994.  They apply to all general civil cases.

### PRIORITY OVER OTHER RULES

The Chapter Seven Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE

A challenge under Code of Civil Procedure section 170.6 must be made within 15 days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS

Cases assigned to the Individual Calendaring Court will be subject to processing under the following time standards:

**COMPLAINTS:** All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days of filing.

**CROSS-COMPLAINTS:** Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed.  Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

A Status Conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint.  Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE

The Court will require the parties at a status conference not more than 10 days before the trial to have timely filed and served all motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested jury instructions, and special jury instructions and special jury verdicts.  These matters may be heard and resolved at this conference.  At least 5 days before this conference, counsel must also have exchanged lists of exhibits and witnesses and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Eight of the Los Angeles Superior Court Rules.

### SANCTIONS

The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Seven Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Seven Rules.  Such sanctions may be on a party or if appropriate on counsel for the party.

**This is not a complete delineation of the Chapter Seven Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction.  Careful reading and compliance with the actual Chapter Rules is absolutely imperative.**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
# ALTERNATIVE DISPUTE RESOLUTION INFORMATION PACKAGE
### [CRC 3.221 Information about Alternative Dispute Resolution]

The plaintiff shall serve a copy of this Information Package on each defendant along with the complaint (**Civil only**).

**What Is ADR:**
Alternative Dispute Resolution (ADR) is the term used to describe all the other options available for settling a dispute which once had to be settled in court.  ADR processes, such as arbitration, mediation, neutral evaluation (NE), and settlement conferences, are less formal than a court process and provide opportunities for parties to reach an agreement using a problem-solving approach.

There are many different kinds of ADR.  All of them utilize a "neutral", an impartial person, to decide the case or help the parties reach an agreement.

**Mediation:**
In mediation, a neutral person called a "mediator" helps the parties try to reach a mutually acceptable resolution of the dispute. The mediator does not decide the dispute but helps the parties communicate so they can try to settle the dispute themselves. Mediation leaves control of the outcome with the parties.

**Cases for Which Mediation May Be Appropriate**
Mediation may be particularly useful when parties have a dispute between or among family members, neighbors, or business partners. Mediation is also effective when emotions are getting in the way of resolution. An effective mediator can hear the parties out and help them communicate with each other in an effective and nondestructive manner.

**Cases for Which Mediation May <u>Not</u> Be Appropriate**
Mediation may not be effective if one of the parties is unwilling to cooperate or compromise. Mediation also may not be effective if one of the parties has a significant advantage in power over the other. Therefore, it may not be a good choice if the parties have a history of abuse or victimization.

**Arbitration:**
In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are often relaxed. Arbitration may be either "binding" or "nonbinding." *Binding arbitration* means that the parties waive their right to a trial and agree to accept the arbitrator's decision as final. *Nonbinding* arbitration means that the parties are free to request a trial if they do not accept the arbitrator's decision.

**Cases for Which Arbitration May Be Appropriate**
Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.

**Cases for Which Arbitration May <u>Not</u> Be Appropriate**
If parties want to retain control over how their dispute is resolved, arbitration, particularly binding arbitration, is not appropriate. In binding arbitration, the parties generally cannot appeal the arbitrator's award, even if it is not supported by the evidence or the law. Even in nonbinding arbitration, if a party requests a trial and does not receive a more favorable result at trial than in arbitration, there may be penalties.

**Neutral Evaluation:**
In neutral evaluation, each party gets a chance to present the case to a neutral person called an "evaluator." The evaluator then gives an opinion on the strengths and weaknesses of each party's evidence and arguments and about how the dispute could be resolved. The evaluator is often an expert in the subject matter of the dispute. Although the evaluator's opinion is not binding, the parties typically use it as a basis for trying to negotiate a resolution of the dispute.

**Cases for Which Neutral Evaluation May Be Appropriate**
Neutral evaluation may be most appropriate in cases in which there are technical issues that require special expertise to resolve or the only significant issue in the case is the amount of damages.

**Cases for Which Neutral Evaluation May <u>Not</u> Be Appropriate**
Neutral evaluation may not be appropriate when there are significant personal or emotional barriers to resolving the dispute.

**Settlement Conferences:**
Settlement conferences may be either mandatory or voluntary. In both types of settlement conferences, the parties and their attorneys meet with a judge or a neutral person called a "settlement officer" to discuss possible settlement of their dispute. The judge or settlement officer does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Settlement conferences are appropriate in any case where settlement is an option. Mandatory settlement conferences are often held close to the date a case is set for trial.

## LOS ANGELES SUPERIOR COURT ADR PROGRAMS

CIVIL:
- **Civil Action Mediation** (Governed by Code of Civil Procedure (CCP) sections 1775-1775.15, California Rules of Court, rules 3.850-3.868 and 3.870-3.878, Evidence Code sections 1115-1128, and Los Angeles Superior Court Rules, chapter 12.)
- **Retired Judge Settlement Conference**
- **Neutral Evaluation** (Governed by Los Angeles Superior Court Rules, chapter 12.)
- **Judicial Arbitration** (Governed by Code of Civil Procedure sections 1141.10-1141.31, California Rules of Court, rules 3.810-3.830, and Los Angeles Superior Court Rules, chapter 12.)
- **Eminent Domain Mediation** (Governed by Code of Civil Procedure section 1250.420.)
- **Civil Harassment Mediation**
- **Small Claims Mediation**

FAMILY LAW (non-custody):
- **Mediation**
- **Forensic Certified Public Accountant (CPA) Settlement Conference**
- **Settlement Conference**
- **Nonbinding Arbitration** (Governed by Family Code section 2554.)

PROBATE:
- **Mediation**
- **Settlement Conference**

## NEUTRAL SELECTION

Parties may select a mediator, neutral evaluator, or arbitrator from the Court Party Pay Panel or may hire someone privately, at their discretion. If the parties utilize the Pro Bono Mediation or Arbitration Panel, the parties will be assigned on a random basis the name of one neutral who meets the case criteria entered on the court's website.

## COURT ADR PANELS

**Party Pay Panel**  The Party Pay Panel consists of mediators, neutral evaluators, and arbitrators who have achieved a specified level of experience in court-connected cases. The parties (collectively) may be charged $150.00 per hour for the first three hours of hearing time. Thereafter, the parties may be charged for additional hearing time on an hourly basis at rates established by the neutral if the parties consent in writing.

**Pro Bono Panel**  The Pro Bono Panel consists of trained mediators, neutral evaluators, and arbitrators who have not yet gained the experience to qualify for the Party Pay Panel, as well as experienced neutrals who make themselves available pro bono as a way of supporting the judicial system. It is the policy of the Court that all pro bono volunteer mediators, neutral evaluators, and arbitrators provide three hours hearing time per case. Thereafter, the parties may be charged for additional hearing time on an hourly basis at rates established by the neutral if the parties consent in writing.

**Private Neutral**  The market rate for private neutrals can range from $300-$1,000 per hour.

## ADR ASSISTANCE

For assistance regarding ADR, please contact the ADR clerk at the courthouse in which your case was filed.

| COURTHOUSE | ADDRESS | ROOM | CITY | PHONE | FAX |
|---|---|---|---|---|---|
| Antonovich | 42011 4th St. West | None | Lancaster, CA 93534 | (661)974-7275 | (661)974-7060 |
| Chatsworth | 9425 Penfield Ave. | 1200 | Chatsworth, CA 91311 | (818)576-8565 | (818)576-8687 |
| Compton | 200 W. Compton Blvd. | 1002 | Compton, CA 90220 | (310)603-3072 | (310)223-0337 |
| Glendale | 600 E. Broadway | 273 | Glendale, CA 91206 | (818)500-3160 | (818)548-5470 |
| Long Beach | 415 W. Ocean Blvd. | 316 | Long Beach, CA 90802 | (562)491-6272 | (562)437-3802 |
| Norwalk | 12720 Norwalk Blvd. | 308 | Norwalk, CA 90650. | (562)807-7243 | (562)462-9019 |
| Pasadena | 300 E. Walnut St. | 109 | Pasadena, CA 91101 | (626)356-5685 | (626)666-1774 |
| Pomona | 400 Civic Center Plaza | 106 | Pomona, CA 91766 | (909)620-3183 | (909)629-6283 |
| San Pedro | 505 S. Centre | 209 | San Pedro, CA 90731 | (310)519-6151 | (310)514-0314 |
| Santa Monica | 1725 Main St. | 203 | Santa Monica, CA 90401 | (310)260-1829 | (310)319-6130 |
| Stanley Mosk | 111 N. Hill St. | 113 | Los Angeles, CA 90012 | (213)974-5425 | (213)633-5115 |
| Torrance | 825 Maple Ave. | 100 | Torrance, CA 90503 | (310)222-1701 | (310)782-7326 |
| Van Nuys | 6230 Sylmar Ave. | 418 | Van Nuys, CA 91401 | (818)374-2337 | (818)902-2440 |

For additional information, visit the Court ADR web application at **www.lasuperiorcourt.org** (click on ADR).

Partially Funded by the Los Angeles County Dispute Resolution Program

# LOS ANGELES COUNTY
# DISPUTE RESOLUTION PROGRAMS ACT (DRPA) CONTRACTORS

The following organizations provide mediation services under contract with the Los Angeles County Department of Community & Senior Services. Services are provided to parties in any civil case filed in the Los Angeles County Superior Court. Services are not provided under this program to family, probate, traffic, criminal, appellate, mental health, unlawful detainer/eviction or juvenile court cases.

### Asian-Pacific American Dispute Resolution Center
### (213) 250-8190
(Spanish & Asian languages capability)

### California Academy of Mediation Professionals
### (818) 377-7250

### Center for Conflict Resolution
### (818) 380-1840

### Inland Valleys Justice Center
### (909) 397-5780
(Spanish language capability)

### Office of the Los Angeles City Attorney Dispute Resolution Program
### (213) 485-8324
(Spanish language capability)

### Los Angeles County Bar Association Dispute Resolution Services
### toll free number 1-877-4Resolve (737-6583) or (213) 896-6533
(Spanish language capability)

### Los Angeles County Department of Consumer Affairs
### (213) 974-0825
(Spanish language capability)

### The Loyola Law School Center for Conflict Resolution
### (213) 736-1145
(Spanish language capability)

### Martin Luther King Legacy Association Dispute Resolution Center
### (323) 290-4132
(Spanish language capability)

### City of Norwalk
### (562) 929-5603

---

**DRPA Contractors do not provide legal advice or assistance, including help with responding to summonses. Accessing these services does not negate any responsibility you have to respond to a summons or appear at any set court date. See the reverse side of this sheet for information on the mediation process and obtaining legal advice.**

---

## THIS IS A TWO-SIDED DOCUMENT.

**What is the goal of mediation?**

The goal is to assist the parties in reaching a mutually acceptable agreement or understanding on some or all of the issues. The parties jointly become the primary decision maker in how to resolve the issues as opposed to the traditional judge and/or jury system.

**Do I need an attorney for this?**

While it is recommended to have an attorney and/or receive legal advice before the mediation starts, you are not required to have representation. If you do have an attorney, they may participate in the mediation with you.

**How long does it take?**

Face-to-face mediations generally last one to three hours. Telephone conciliations, in which the parties do not meet face to face, vary from a few days to several weeks. Much depends on the number of parties involved and the complexities of the issues. When the mediation takes place depends on parties scheduling availability.

**A Mediator helps parties. . .**

- Have productive discussions
- Avoid or break impasses
- Defuse controversy
- Generate options that have potential for mutual gain
- Better understand each other's concerns and goals
- Focus on their interests rather than their positions

A Mediator does not...

- Provide advice or opinions
- Offer legal information
- Make decisions for parties
- Represent or advocate for either side
- Judge or evaluate anyone or anything
- Conduct research
- "Take Sides"

**What does it cost?**

The first three hours of any mediation are free. Thereafter, charges are based on income or revenue. All fees are waived for low-income individuals.

**What is the difference between the contractors listed and the Superior Court ADR Office?**

The services offered by the contractors listed may be accessed immediately. Those offered by the Superior Court ADR Office, also a DRPA contractor, may not be accessed by parties until a court appearance, or at the directive of the judge assigned to the case.

**Legal Advice/Information**

**If you want to retain an attorney,** a list of state certified referral services is at courtinfo.ca.gov which also has an on-line self help legal center.

**Self-Help Legal Access Centers** are at the Inglewood, Palmdale, Pomona, and Van Nuys courthouses.  nls-la.org and lafla.org

**Court Personnel** can answer non-legal questions (forms, fees, fee waivers).  lasuperiorcourt.org

**Low-income individuals** may qualify for help from non-profit legal organizations. Court Personnel and DRPA contractors have such listings.

### Dispute Resolution Programs Act (DRPA) Grants Administration Office
**(213) 738-2621**
**(The DRP Office is not a Superior Court Office.  Consult your phone directory to locate the number of the Court Office on your summons.)**

## THIS IS A TWO-SIDED DOCUMENT.

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

ATTORNEY FOR (Name):

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **STIPULATION TO PARTICIPATE IN ALTERNATIVE DISPUTE RESOLUTION (ADR)** | CASE NUMBER: |
|---|---|

The undersigned parties stipulate to participate in an Alternative Dispute Resolution (ADR) process in the above-entitled action, as follows:

- ☐ Mediation
- ☐ Non-Binding Arbitration
- ☐ Binding Arbitration
- ☐ Early Neutral Evaluation
- ☐ Settlement Conference
- ☐ Other ADR Process *(describe)*: _____

Dated: _____

---

Name of Stipulating Party
☐ Plaintiff ☐ Defendant ☐ Cross-defendant

Name of Party or Attorney Executing Stipulation

Signature of Party or Attorney

---

Name of Stipulating Party
☐ Plaintiff ☐ Defendant ☐ Cross-defendant

Name of Party or Attorney Executing Stipulation

Signature of Party or Attorney

---

Name of Stipulating Party
☐ Plaintiff ☐ Defendant ☐ Cross-defendant

Name of Party or Attorney Executing Stipulation

Signature of Party or Attorney

---

Name of Stipulating Party
☐ Plaintiff ☐ Defendant ☐ Cross-defendant

Name of Party or Attorney Executing Stipulation

Signature of Party or Attorney

---

☐ **Additional signature(s) on reverse**

LAADR 001 10-04
LASC Approved
(Rev. 01-07)

**STIPULATION TO PARTICIPATE IN
ALTERNATIVE DISPUTE RESOLUTION (ADR)**

Cal. Rules of Court, rule 3.221
Page 1 of 2

| Short Title | Case Number |
|---|---|
| | |

Name of Stipulating Party
☐ Plaintiff  ☐ Defendant  ☐ Cross-defendant

Name of Party or Attorney Executing Stipulation

Signature of Party or Attorney

Name of Stipulating Party
☐ Plaintiff  ☐ Defendant  ☐ Cross-defendant

Name of Party or Attorney Executing Stipulation

Signature of Party or Attorney

Name of Stipulating Party
☐ Plaintiff  ☐ Defendant  ☐ Cross-defendant

Name of Party or Attorney Executing Stipulation

Signature of Party or Attorney

Name of Stipulating Party
☐ Plaintiff  ☐ Defendant  ☐ Cross-defendant

Name of Party or Attorney Executing Stipulation

Signature of Party or Attorney

Name of Stipulating Party
☐ Plaintiff  ☐ Defendant  ☐ Cross-defendant

Name of Party or Attorney Executing Stipulation

Signature of Party or Attorney

Name of Stipulating Party
☐ Plaintiff  ☐ Defendant  ☐ Cross-defendant

Name of Party or Attorney Executing Stipulation

Signature of Party or Attorney

Name of Stipulating Party
☐ Plaintiff  ☐ Defendant  ☐ Cross-defendant

Name of Party or Attorney Executing Stipulation

Signature of Party or Attorney

Name of Stipulating Party
☐ Plaintiff  ☐ Defendant  ☐ Cross-defendant

Name of Party or Attorney Executing Stipulation

Signature of Party or Attorney

Name of Stipulating Party
☐ Plaintiff  ☐ Defendant  ☐ Cross-defendant

Name of Party or Attorney Executing Stipulation

Signature of Party or Attorney

Name of Stipulating Party
☐ Plaintiff  ☐ Defendant  ☐ Cross-defendant

Name of Party or Attorney Executing Stipulation

Signature of Party or Attorney

LAADR 001 10-04
LASC Approved
(Rev. 01-07)

**STIPULATION TO PARTICIPATE IN
ALTERNATIVE DISPUTE RESOLUTION (ADR)**

Cal. Rules of Court, rule 3.221
Page 2 of 2



*from the*

LOS ANGELES SUPERIOR COURT
**ADR DEPARTMENT**

If you have an unlimited civil case involving one of these subject matter areas:

- commercial
- employment
- medical malpractice
- legal malpractice

- real estate
- trade secrets
- unfair competition
- at judges' discretion

### *Your case may be eligible for the court's Neutral Evaluation (NE) program.*

♦ **NE can reduce litigation time and costs and promote settlement.**

♦ NE is an informal process that offers a non-binding evaluation by an experienced neutral lawyer with expertise in the subject matter of the case. After counsel present their claims and defenses, the neutral evaluates the case based on the law and the evidence.

♦ **NE is voluntary and confidential.**

♦ The benefits of NE include helping to clarify, narrow or eliminate issues, identify areas of agreement, offer case-planning suggestions and, if requested by the parties, assist in settlement.

♦ **The first three (3) hours of the NE session are free of charge.**

For additional NE information, visit the Court's web site at www.lasuperiorcourt.org/adr

REV. 06/27/07

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Jeffrey W. Johnson.

The case number on all documents filed with the Court should read as follows:

## CV09- 1492 ODW (JWJx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) <br> BLUEGEM SECURITY, INC. | **DEFENDANTS** <br> TREND MICRO INCORPORATED |

| | |
|---|---|
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br><br> Ekwan E. Rhow, Esq. & Eric E. Bronson, Esq. <br> Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg, P.C. <br> 1875 Century Park East, Fl 23, Los Angeles, CA 90067; Tel: (310) 201-2100 | Attorneys (If Known) <br><br> Robert J. Yorio, Esq. & James W. Lucey, Esq. <br> Carr & Ferrell LLP <br> 2200 Geng Road, Palo Alto, CA 94303 <br> Tel: (650) 812-3400 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Removal of state court action based on the diversity of the parties' citizenship under 28 U.S.C. § 1332 pursuant to the provisions of 28 U.S.C. § 1441(b)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty <br> ☐ 540 Mandamus/ Other | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent <br> ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☒ 890 Other Statutory Actions | ☒ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck <br> ☐ 650 Airline Regs | ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | **IMMIGRATION** | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | | **FEDERAL TAX SUITS** |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land <br> ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV09-01492**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

---

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
        ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
        ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
        ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

---

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Santa Clara County (principal place of business)<br>State of Delaware (state of incorporation) |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Country of Japan |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Santa Clara | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _James W. Ing_     Date _2/25/09_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |