# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-1492 ODW(FFMx) | Date | October 12, 2010 |
| Title | BlueGem Security, Inc. v. Trend Mirco Incorporated et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **Order Continuing OSC re Settlement Hearing**

At the request of counsel, the OSC re Settlement hearing scheduled for October 14, 2010 at 1:30 p.m. is hereby CONTINUED to **Thursday, October 21, 2010 at 1:30 p.m.** The hearing will be automatically vacated upon the filing of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

                                                                                                                :     00

                                                    Initials of Preparer   RGN